UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE YAMEEN,<br><br>　　　　　　Plaintiff,<br><br>VS.<br><br>EATON VANCE DISTRIBUTORS, INC.,<br><br>　　　　　　Defendant, and<br><br>EATON VANCE TAX-MANAGED<br>GROWTH FUND 1.1,<br><br>　　　　　　Nominal Defendant. | **F I L E D**<br>Clerk's Office<br>USDC, Mass.<br>Date 2·/1·04<br>By _____<br>　　Deputy Clerk<br><br><br>Civil Action No. 03-12437-RCL |

## STIPULATION REGARDING ENTRY OF
## [PROPOSED] PRE-TRIAL ORDER NO. 1

Now come the Plaintiff, Michelle Yameen, and the Defendant, Eaton Vance Distributors, Inc. (the "Defendant Distributors"), in the above-referenced action, and they hereby stipulate as follows:

1.　Good and sufficient service of the Summons and Complaint in this action were served upon the Defendant Distributors as of December 4, 2003.

2.　It would be in the interests of the orderly and expeditious litigation of this action for the Court to enter the [Proposed] Pre-trial Order No. 1, attached hereto as Exhibit A.

SO STIPULATED:

| By the Attorneys for the Plaintiff, Michelle Yameen | By the Attorneys for the Defendant Eaton Vance Distributors, Inc. |
|---|---|
| */s/ Edward F. Haber* | */s/ W. Shaw McDermott* |
| Edward F. Haber (BBO No. 215620)<br>Shapiro Haber & Urmy LLP<br>75 State Street<br>Boston, MA 02109<br>(617) 439-3939 | W. Shaw McDermott (BBO No. 330860)<br>Kirkpatrick & Lockhart LLP<br>75 State Street<br>Boston, MA 02109<br>(617) 261-3100<br><br>Jeffrey B. Maletta<br>Kirkpatrick & Lockhart LLP<br>1800 Massachusetts Avenue, NW. 2d Floor<br>Washington, D.C. 20036<br>(202) 778-9062 |

### CERTIFICATE OF SERVICE

I, Edward F. Haber, hereby certify that a true copy of the above document was served upon the attorneys for the Defendant Eaton Vance Distributors, Inc., W. Shaw McDermott, Kirkpatrick & Lockhart LLP, 75 State Street, Boston, MA 02109, and Jeffrey B. Maletta, Kirkpatrick & Lockhart LLP, 1800 Massachusetts Avenue, NW, 2nd Fl., Washington, D.C. 20036, by hand and overnight delivery on February 11, 2004.

*/s/ Edward F. Haber*
Edward F. Haber