UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELLE YAMEEN,

    Plaintiff,

v.

EATON VANCE DISTRIBUTORS, INC.,

    Defendant, and

EATON VANCE TAX-MANAGED
GROWTH FUND1.1.,

    Nominal Defendant.

Civil Action No. 03-12437-RCL

## ASSENTED-TO MOTION TO ENLARGE THE TIME FOR THE DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Defendant Eaton Vance Distributors, Inc. ("Defendant Distributors") hereby moves this Court for an enlargement of time for the Defendant Distributors to answer or otherwise respond to the Complaint. As set forth in Proposed Pre-Trial Order No. 1, which this Court endorsed on February 18, 2004, the Defendant Distributors have until February 20, 2004 to answer or otherwise respond. The Defendant Distributors hereby requests that this deadline be extended by two business days, so as to allow the Defendant Distributors to answer or otherwise respond by February 24, 2004.

BOS-660444 v1 0302234-204

Plaintiff's counsel has assented to this motion.

| | |
|---|---|
| By the Attorneys for the Plaintiff,<br>Michelle Yameen | By the Attorneys for the Defendant,<br>Eaton Vance Distributors, Inc. |
| *Edward F. Haber* <br>Edward F. Haber (BBO #215620)<br>SHAPIRO HABER & URMY LLP<br>75 State Street<br>Boston, MA 02109<br>(617) 439-3939 | *Aimée E. Bierman* <br>Wm. Shaw McDermott (BBO #330860)<br>Aimée E. Bierman (BBO #640385)<br>KIRKPATRICK & LOCKHART LLP<br>75 State Street<br>Boston, MA 02109-1808<br>(617) 261-3100<br><br>Jeffrey B. Maletta, Esq.<br>KIRKPATRICK & LOCKHART LLP<br>1800 Massachusetts Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 778-9000 |

Dated: February 19, 2004

### CERTIFICATE OF SERVICE

I, Aimée E. Bierman, hereby certify that on February 19, 2004, a true and correct copy of the foregoing Assented-to Motion to Enlarge the Time for the Defendant to Answer or Otherwise Respond to the Complaint was served by hand on the following:

> Edward F. Haber, Esq.
> SHAPIRO HABER & URMY LLP
> 75 State Street
> Boston, MA 02109

*Aimée E. Bierman*
Aimée E. Bierman