UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELLE YAMEEN,

        Plaintiff,

v.

EATON VANCE DISTRIBUTORS, INC.,

        Defendant, and

EATON VANCE TAX-MANAGED
GROWTH FUND1.1.,

        Nominal Defendant.

Civil Action No. 03-12437-RCL

## MOTION OF EATON VANCE DISTRIBUTORS, INC. TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Eaton Vance Distributors, Inc. (the "Distributors") hereby moves to dismiss the Complaint in this action or, in the alternative, for summary judgment on the sole claims made against it in the Complaint.

In support of its Motion, Distributors relies on the accompanying Memorandum and Statement of Material Facts Not In Dispute, the Declaration of James L. O'Connor and the Appendix of Additional Materials.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1, Eaton Vance Distributors, Inc. hereby respectfully requests that the Court schedule oral argument on the foregoing motion.

Respectfully submitted,

Wm. Shaw McDermott (BBO #330860)
Aimée E. Bierman (BBO #640385)
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA 02109-1808
(617) 261-3100

Jeffrey B. Maletta, Esq.
Nicholas G. Terris, Esq.
KIRKPATRICK & LOCKHART LLP
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036
(202) 778-9000

*Attorneys for Defendant
Eaton Vance Distributors, Inc.*

Date: February 24, 2004

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify that on February 24, 2004, Jeffrey B. Maletta, Esq. and Wm. Shaw McDermott conferred with Edward F. Haber, Esq. and attempted in good faith to resolve the issue presented by the foregoing.

Aimée E. Bierman

## CERTIFICATE OF SERVICE

I, Aimée E. Bierman, hereby certify that on February 24, 2004, a true and correct copy of the foregoing Motion of Defendant Eaton Vance Distributors, Inc. to Dismiss or, in the Alternative, for Summary Judgment was served by hand on the following:

Edward F. Haber, Esq.
SHAPIRO HABER & URMY LLP
75 State Street
Boston, MA 02109

Aimée E. Bierman