UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELLE YAMEEN,

    Plaintiff,

v.

EATON VANCE DISTRIBUTORS, INC.,

    Defendant, and

EATON VANCE TAX-MANAGED
GROWTH FUND1.1.,

    Nominal Defendant.

Civil Action No. 03-12437-RCL

## STATEMENT OF MATERIAL FACTS NOT IN DISPUTE IN SUPPORT OF EATON VANCE DISTRIBUTORS, INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Eaton Vance Distributors, Inc. ("Distributors") submits this Statement of Material Facts Not in Dispute in Support of its Motion to Dismiss or, in the Alternative, for Summary Judgment. Citations below to the "Declaration" or the "Decl." refer to the Declaration of James L. O'Connor filed herewith.

1. The Eaton Vance Tax-Managed Growth Fund 1.1 ("Fund") is an open-end management investment company, or mutual fund, and a series of Eaton Vance Mutual Funds Trust ("Trust"). *See* Decl. ¶ 2. The Fund was "closed" to new investors on March 1, 2001, in that it stopped sales of shares to persons who were not existing shareholders. The Fund has continued to sell shares to current shareholders. *Id.*

2. Distributors serves as the Fund's principal underwriter pursuant to an Amended and Restated Distribution Agreement effective as of June 16, 2003 ("Distribution Agreement"). A copy of the Distribution Agreement is attached as Exhibit A to the Declaration. *See* Decl. ¶ 3.

3. The Distribution Agreement governs the distribution of Fund shares, including Class A, Class B and Class C shares, which are principally sold through broker-dealers or other financial institutions. Decl. ¶ 4. The Fund's Board of Trustees has approved the Distribution Agreement. Decl. ¶ 4.

4. The Fund has adopted a Class B Distribution Plan and a Class C Distribution Plan. The Fund's Board of Trustees has approved the Class B Distribution Plan and the Class C Distribution Plan. Decl. ¶ 5, Exhibits B and C, respectively.

5. Purchasers of Class A shares pay a sales charge or "front-end load" calculated as a percentage of the purchase price. Decl. ¶ 6. The front-end load is paid to Distributors, which uses it to pay commissions to the selling broker-dealer and other distribution expenses. Decl. ¶ 6.

6. Purchasers of Class B and Class C shares do not pay front-end loads. Brokers' commissions and other expenses incurred in connection with the distribution of Class B and Class C shares are paid by Distributors. Decl. ¶ 7.

7. Pursuant to the Distribution Agreement, the Fund has agreed to pay Distributors a commission of 5% and 6.25% on each sale of Class B and Class C shares, respectively, plus interest on outstanding amounts. Decl. ¶ 8; Distribution Agreement (Exhibit A to Declaration) ¶ 5(c). That commission and interest component are paid through the accrual of an amount equal to .75% per annum of the net asset value of the Fund's Class B and C shares. The fee is calculated daily and paid monthly. Decl. ¶ 8; Distribution Agreement (Exhibit A to Declaration) ¶ 5(d). The .75 basis point fee is paid pursuant to Rule 12b-1 and is commonly referred to as a distribution fee. Decl. ¶ 8.

8. Under Paragraph 5(c) of the Distribution Agreement, the Fund may make such payments to Distributors only after and as a result of the sale of Fund shares. Decl. ¶ 9; Distribution Agreement (Exhibit A to Declaration) ¶ 5(c).

9. The amounts that are due and payable to Distributors are referred to as "uncovered distribution charges" and are tracked by share class on a daily basis by the Fund administrator. Decl. ¶ 10; Distribution Agreement (Exhibit A to Declaration) ¶ 5(d).

10. Pursuant to the Distribution Agreement, the Class B Distribution Plan, and the Class C Distribution Plan, each Class of shares makes monthly payments to Distributors until the amount of uncovered distribution charges for that Class reaches zero, at which time the .75 basis point distribution fee for that Class is not accrued or paid by that Class. Decl. ¶ 11; Distribution Agreement (Exhibit A to Declaration) ¶ 5(d); Class B Distribution Plan (Exhibit B to Declaration) ¶ 3; Class C Distribution Plan (Exhibit C to Declaration) ¶ 3.

11. As reported in the Fund's Annual Report for 2002, as of December 31, 2002, the Fund's uncovered distribution charges were $86,884,581 and $86,489,100 for Class B and Class C shares, respectively. Decl. ¶ 12 and Exhibit D at 16.

12. As reported in the Fund's semi-annual report for the period ended June 30, 2003, as of June 30, 2003, the Fund's uncovered distribution charges were $77,583,351 and $86,415,473 for Class B and Class C shares, respectively. Decl. ¶ 13 and Exhibit E at 13.

Respectfully submitted,

Wm. Shaw McDermott (BBO #330860)
Aimée E. Bierman (BBO #640385)
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA 02109-1808
(617) 261-3100

>Jeffrey B. Maletta, Esq.
>Nicholas G. Terris, Esq.
>KIRKPATRICK & LOCKHART LLP
>1800 Massachusetts Avenue, N.W.
>Washington, D.C. 20036
>(202) 778-9000
>
>*Attorneys for Defendant*
>*Eaton Vance Distributors, Inc.*

Date: February 24, 2004

## CERTIFICATE OF SERVICE

I, Aimée E. Bierman, hereby certify that on February 24, 2004, a true and correct copy of the foregoing Statement of Material Facts Not in Dispute in Support of Eaton Vance Distributors, Inc.'s Motion to Dismiss or, in the Alternative, for Summary Judgment was served by hand on the following:

>Edward F. Haber, Esq.
>SHAPIRO HABER & URMY LLP
>75 State Street
>Boston, MA 02109

_____
Aimée E. Bierman