UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELLE YAMEEN,

    Plaintiff,

v.

EATON VANCE DISTRIBUTORS, INC.,

    Defendant, and

EATON VANCE TAX-MANAGED
GROWTH FUND1.1.,

    Nominal Defendant.

Civil Action No. 03-12437-RCL

## APPENDIX OF ADDITIONAL LEGAL MATERIALS IN SUPPORT OF MOTION OF DEFENDANT EATON VANCE DISTRIBUTORS, INC. TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Respectfully submitted,

_[signature]_

Wm. Shaw McDermott (BBO #330860)
Aimée E. Bierman (BBO #640385)
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA 02109-1808
(617) 261-3100

Jeffrey B. Maletta, Esq.
Nicholas G. Terris, Esq.
KIRKPATRICK & LOCKHART LLP
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036
(202) 778-9000

*Attorneys for Defendant*
*Eaton Vance Distributors, Inc.*

Date: February 24, 2004

## CERTIFICATE OF SERVICE

I, Aimée E. Bierman, hereby certify that on February 24, 2004, a true and correct copy of the foregoing Appendix of Additional Legal Materials in Support of Motion of Defendant Eaton Vance Distributors, Inc. to Dismiss or, in the Alternative, for Summary Judgment was served by hand on the following:

>Edward F. Haber, Esq.
>SHAPIRO HABER & URMY LLP
>75 State Street
>Boston, MA 02109

*Aimée E. Bierman*