UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.

Case 1:03-cv-12437-DPW   Document 10-2   Filed 02/24/2004   Page 1 of 1