UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELLE YAMEEN,

    Plaintiff,

v.

EATON VANCE DISTRIBUTORS, INC.,

    Defendant, and

EATON VANCE TAX-MANAGED
GROWTH FUND1.1.,

    Nominal Defendant.

Civil Action No. 03-12437-RCL

## CORPORATE DISCLOSURE STATEMENT OF EATON VANCE DISTRIBUTORS, INC.

Eaton Vance Distributors, Inc. is a wholly owned subsidiary of Eaton Vance Management, which is a wholly-owned subsidiary of Eaton Vance Corporation, a publicly held corporation.

Respectfully submitted,

_____
Wm. Shaw McDermott (BBO #330860)
Aimée E. Bierman (BBO #640385)
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA 02109-1808
(617) 261-3100

Jeffrey B. Maletta, Esq.
Nicholas G. Terris, Esq.
KIRKPATRICK & LOCKHART LLP
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036
(202) 778-9000

*Attorneys for Defendant*
*Eaton Vance Distributors, Inc.*

Date: February 24, 2004

BOS-661242 v1 0302234-0231

## CERTIFICATE OF SERVICE

      I, Aimée E. Bierman, hereby certify that on February 24, 2004, a true and correct copy of the foregoing Corporate Disclosure Statement of Eaton Vance Distributors, Inc. was served by hand on the following:

      Edward F. Haber, Esq.
      SHAPIRO HABER & URMY LLP
      75 State Street
      Boston, MA  02109

                                        _____
                                        Aimée E. Bierman