AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

MICHELLE YAMEEN,

    PLAINTIFF,

          V.

EATON VANCE DISTRIBUTORS, INC., DEFENDANT,
AND EATON VANCE TAX-MANAGED GROWTH FUND 1.1,
    NOMINAL DEFENDANT.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03 12437

TO: (Name and address of Defendant)

    EATON VANCE TAX-MANAGED GROWTH FUND 1.1
    255 STATE STREET
    BOSTON, MA 02109

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    EDWARD F. HABER
    SHAPIRO HABER & URMY LLP
    75 STATE STREET
    BOSTON, MA 02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE March 2, 2004 |
| NAME OF SERVER (PRINT) Alyssa Petroff | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: at Eaton Vance Tax-Managed Growth Fund 1.1, Eaton Vance Distributors, Inc., The Eaton Vance Building, 10th Fl., 255 State Street, Boston, MA 02109, served on Delores Wood.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/2/04
            Date

Signature of Server: *Alyssa Petroff*

Address of Server: Shapiro Haber & Urmy LLP
75 State Street, Boston, MA 02109

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.