

EATON VANCE
Managed Investments

Semiannual Report June 30, 2003



# EATON VANCE
# TAX-MANAGED
# GROWTH
# FUND
# 1.1



# Eaton Vance Tax-Managed Growth Fund 1.1 as of June 30, 2003
## FINANCIAL STATEMENTS CONT'D

### Financial Highlights

|  | Six Months Ended June 30, 2003 (Unaudited) | Class B Year Ended December 31, | | | | Period Ended December 31, 1998[2] | Year Ended October 31, 1998 |
|---|---|---|---|---|---|---|---|
|  |  | 2002 | 2001 | 2000 | 1999 |  |  |
| Net asset value — Beginning of period | $ 16.130 | $ 20.270 | $ 22.690 | $ 22.190 | $ 19.100 | $ 16.870 | $ 14.550 |
| **Income (loss) from operations** | | | | | | | |
| Net investment loss[1] | $ (0.008) | $ (0.048) | $ (0.095) | $ (0.092) | $ (0.055) | $ (0.005) | $ (0.027) |
| Net realized and unrealized gain (loss) | 1.228 | (4.092) | (2.325) | 0.592 | 3.145 | 2.235 | 2.347 |
| Total income (loss) from operations | $ 1.220 | $ (4.140) | $ (2.420) | $ 0.500 | $ 3.090 | $ 2.230 | $ 2.320 |
| Net asset value — End of period | $ 17.350 | $ 16.130 | $ 20.270 | $ 22.690 | $ 22.190 | $ 19.100 | $ 16.870 |
| Total Return[3] | 7.56% | (20.42)% | (10.67)% | 2.25% | 16.18% | 13.22% | 15.95% |
| **Ratios/Supplemental Data** | | | | | | | |
| Net assets, end of period (000's omitted) | $2,180,933 | $2,217,673 | $3,381,103 | $3,951,916 | $3,465,441 | $2,196,794 | $1,801,720 |
| Ratios (As a percentage of average daily net assets): | | | | | | | |
| Expenses[4] | 1.62%[5] | 1.56% | 1.54% | 1.53% | 1.45% | 1.37%[5] | 1.43% |
| Net investment loss | (0.10)%[5] | (0.27)% | (0.46)% | (0.40)% | (0.28)% | (0.18)%[5] | (0.16)% |
| Portfolio Turnover of the Portfolio | 11% | 23% | 18% | 13% | 11% | 3% | 12% |

[1] Net investment loss per share was computed using average shares outstanding.
[2] For the two-month period ended December 31, 1998.
[3] Returns are historical and are calculated by determining the percentage change in net asset value with all distributions reinvested. Total return is not computed on an annualized basis.
[4] Includes the Fund's share of the Portfolio's allocated expenses.
[5] Annualized.

notes to financial statements

7

# Tax-Managed Growth Portfolio as of June 30, 2003
## PORTFOLIO OF INVESTMENTS (Unaudited) CONT'D

| Security | Shares | Value |
|---|---|---|
| **Capital Markets (continued)** | | |
| Nuveen Investments Class A | 150,000 | $ 4,086,000 |
| Price (T. Rowe) Group, Inc. | 171,434 | 6,471,633 |
| Raymond James Financial, Inc. | 98,225 | 3,246,336 |
| Schwab (Charles) & Co. | 951,562 | 9,601,261 |
| State Street Corp. | 328,000 | 12,923,200 |
| UBS AG | 32,525 | 1,801,885 |
| Waddell & Reed Financial, Inc., Class A | 100,882 | 2,589,641 |
| | | |
| **Chemicals — 1.0%** | | |
| Airgas, Inc. | 468,536 | $ 7,847,978 |
| Arch Chemicals, Inc. | 4,950 | 94,545 |
| Bayer AG ADR | 40,000 | 922,000 |
| Dow Chemical Co. (The) | 251,078 | 7,773,375 |
| DuPont (E.I.) de Nemours & Co. | 1,255,965 | 52,298,383 |
| Ecolab, Inc. | 318,168 | 8,145,101 |
| MacDermid, Inc. | 61,937 | 1,628,943 |
| Monsanto Company | 94,435 | 2,043,573 |
| Olin Corp. | 9,900 | 169,290 |
| PPG Industries, Inc. | 23,542 | 1,194,521 |
| Rohm and Haas, Co. | 2,380 | 73,851 |
| RPM, Inc. | 88,338 | 1,214,647 |
| Sigma-Aldrich Corp. | 630,897 | 34,181,999 |
| Solutia Inc. | 20,293 | 44,239 |
| Valspar Corp. | 818,316 | 34,549,302 |
| | | |
| **Commercial Banks — 7.5%** | | |
| AmSouth Bancorporation | 830,660 | $ 18,141,614 |
| Associated Banc-Corp. | 749,148 | 27,628,578 |
| Bank of America Corporation | 2,044,806 | 161,601,018 |
| Bank of Hawaii Corp. | 49,425 | 1,638,439 |
| Bank of Montreal | 270,223 | 8,579,580 |
| Bank One Corp. | 1,698,081 | 63,134,652 |
| Banknorth Group, Inc. | 65,720 | 1,677,174 |
| BB&T Corp. | 1,169,217 | 40,104,143 |
| Charter One Financial, Inc. | 251,993 | 7,857,142 |
| City National Corp. | 273,260 | 12,176,466 |
| Colonial Bancgroup, Inc. (The) | 396,090 | 5,493,768 |
| Comerica, Inc. | 222,464 | 10,344,576 |
| Commerce Bancshares, inc. | 178,396 | 6,948,524 |
| Community First Bancshares, Inc. | 360,184 | 9,833,023 |

| Security | Shares | Value |
|---|---|---|
| **Commercial Banks (continued)** | | |
| Compass Bancshares, Inc. | 359,763 | $ 12,566,522 |
| Fifth Third Bancorp | 1,068,442 | 61,264,464 |
| First Citizens BancShares, Inc. | 43,651 | 4,401,767 |
| First Financial Bancorp. | 47,933 | 766,928 |
| First Midwest Bancorp, Inc. | 815,329 | 23,489,628 |
| First Tennessee National Corporation | 110,173 | 4,837,696 |
| FleetBoston Financial Corporation | 701,047 | 20,828,106 |
| Hibernia Corp. Class A | 187,345 | 3,402,185 |
| HSBC Holdings PLC ADR | 602,271 | 35,600,239 |
| Huntington Bancshares, Inc. | 578,423 | 11,290,817 |
| Keycorp | 610,951 | 15,438,732 |
| M&T Bank Corp. | 37,734 | 3,177,957 |
| Marshall & Ilsley Corp. | 683,798 | 20,910,543 |
| National City Corp. | 1,286,764 | 42,090,050 |
| National Commerce Financial Corp. | 1,113,055 | 24,698,690 |
| North Fork Bancorporation, Inc. | 53,534 | 1,823,368 |
| PNC Bank Corp. | 150,003 | 7,321,646 |
| Popular, Inc. | 716 | 27,630 |
| Regions Financial Corp. | 1,624,786 | 54,885,271 |
| Royal Bank of Scotland Group PLC | 50,837 | 1,428,657 |
| S&T Bancorp, Inc. | 100,000 | 2,743,000 |
| SouthTrust Corp. | 511,824 | 13,921,613 |
| Southwest Bancorporation of Texas, Inc.[1] | 815,601 | 26,515,189 |
| SunTrust Banks, Inc. | 403,443 | 23,940,308 |
| Synovus Financial Corp. | 1,303,564 | 28,026,626 |
| TCF Financial Corporation | 28,000 | 1,115,520 |
| U.S. Bancorp | 4,180,187 | 102,414,582 |
| Union Planters Corp. | 699,882 | 21,717,338 |
| Valley National Bancorp | 401,861 | 10,589,037 |
| Wachovia Corp. | 1,707,754 | 68,241,850 |
| Wells Fargo & Company | 2,251,199 | 113,460,430 |
| Westamerica Bancorporation | 266,506 | 11,481,078 |
| Whitney Holding Corp. | 356,570 | 11,399,543 |
| Zions Bancorporation | 227,671 | 11,522,429 |
| | | |
| **Commercial Services and Supplies — 2.1%** | | |
| Allied Waste Industries, Inc.[1] | 1,674,390 | $ 16,827,620 |
| Apollo Group, Inc. Class A[1] | 7,599 | 469,314 |
| Arbitron, Inc.[1] | 30,885 | 1,102,595 |
| Avery Dennison Corp. | 1,332,004 | 66,866,601 |
| Banta Corp. | 42,341 | 1,370,578 |