UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE YAMEEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EATON VANCE DISTRIBUTORS, INC., )<br>)<br>Defendant, and )<br>)<br>EATON VANCE TAX-MANAGED GROWTH )<br>FUND 1.1, )<br>)<br>Nominal Defendant. )<br>) | CIVIL ACTION<br>NO. 03-12437-RCL |

### NOTICE OF APPEARANCE

Please take notice that Sanford F. Remz and the firm of Yurko & Salvesen, P.C. hereby appear on behalf of nominal defendant Eaton Vance Tax-Managed Growth Fund 1.1.

Respectfully submitted,

_____
Sanford F. Remz (BBO #549198)
YURKO & SALVESEN, PC
One Washington Mall, 11th Floor
Boston, MA 02108-2603
(617) 723-6900

Attorneys for Eaton Vance Tax-Managed
Growth Fund 1.1

Dated: March 24, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand, on 3/24/04
_____