UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE YAMEEN,<br><br>    Plaintiff,<br><br>v.<br><br>EATON VANCE DISTRIBUTORS, INC.,<br><br>    Defendant, and<br><br>EATON VANCE TAX-MANAGED GROWTH FUND 1.1,<br><br>    Nominal Defendant. | CIVIL ACTION<br>NO. 03-12437-RCL |

**JOINDER OF NOMINAL DEFENDANT
EATON VANCE TAX-MANAGED GROWTH FUND 1.1
IN DEFENDANT'S MOTION FOR A PROTECTIVE ORDER**

Nominal defendant Eaton Vance Tax-Managed Growth Fund 1.1 (the "Fund") joins in the motion of defendant Eaton Vance Distributors, Inc. ("Distributors") for a protective order ("Motion for a Protective Order"), insofar as it requests a stay of all discovery in this action until such time as the Court resolves Distributors' pending Motion to Dismiss the Complaint or, in the Alternative, for Summary Judgment ("Motion to Dismiss"). The Fund expresses no view with respect to the merits of the Motion to Dismiss.

The Funds joins in the Motion for a Protective Order because the plaintiff has requested discovery from the Fund. Should the Court ultimately grant the Motion to Dismiss without entering the requested protective order, the Fund will have been required to expend Fund resources to respond to discovery, which expense could have been avoided.

Accordingly, the Fund requests that the Court grant the Motion for a Protective Order.

Respectfully submitted,

EATON VANCE TAX-MANAGED GROWTH FUND 1.1

By its attorneys,

_____
Sanford F. Remz (BBO #549198)
YURKO & SALVESEN, PC
One Washington Mall, 11th Floor
Boston, MA 02108-2603
(617) 723-6900

Dated: March 24, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 3/24/04
_____

2