UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MICHELLE YAMEEN,**<br><br>　　　　　**Plaintiff,**<br><br>**VS.**<br><br>**EATON VANCE DISTRIBUTORS, INC.,**<br><br>　　　　　**Defendant, and**<br><br>**EATON VANCE TAX-MANAGED GROWTH FUND 1.1,**<br><br>　　　　　**Nominal Defendant.** | Civil Action No. 03-12437-RCL |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance on behalf of the Plaintiff in the above-captioned action.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**/s/Theodore M. Hess-Mahan**
　　　　　　　　　　　　　　　　　　　　　Theodore M. Hess-Mahan BBO#557109
　　　　　　　　　　　　　　　　　　　　　Shapiro Haber & Urmy LLP
　　　　　　　　　　　　　　　　　　　　　75 State Street
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　　Telephone:  (617) 439-3939
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (617) 439-0134
　　　　　　　　　　　　　　　　　　　　　e-Mail:  ted@shulaw.com