UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE YAMEEN,<br><br>    Plaintiff,<br><br>v.<br><br>EATON VANCE DISTRIBUTORS, INC.,<br><br>    Defendant, and<br><br>EATON VANCE TAX-MANAGED GROWTH FUND 1.1,<br><br>    Nominal Defendant. | CIVIL ACTION<br>NO. 03-12437-RCL |

## ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND

Nominal Defendant Eaton Vance Tax-Managed Growth Fund 1.1 hereby moves for an extension of time to respond to the Complaint to April 30, 2004.

Respectfully submitted,

_____
Sanford F. Remz (BBO #549198)
YURKO & SALVESEN, PC
One Washington Mall, 11th Floor
Boston, MA 02108-2603
(617) 723-6900

Attorneys for Nominal Defendant Eaton Vance
Tax-Managed Growth Fund 1.1

Dated: April 1, 2004

ASSENTED TO:

_Edward F Haber /JFH_
Edward F. Haber, Esq.
SHAPIRO, HABER & URMY, LLP
75 State Street
Boston, MA 02109
(617) 439-3939

Attorney for the Plaintiff
Michelle Yameen

SO ORDERED:

_____
United States District Judge

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand-on 4/1/04

2