UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE YAMEEN,<br><br>    Plaintiff,<br><br>v.<br><br>EATON VANCE DISTRIBUTORS, INC.,<br><br>    Defendant, and<br><br>EATON VANCE TAX-MANAGED GROWTH FUND 1.1,<br><br>    Nominal Defendant. | CIVIL ACTION<br>NO. 03-12437-RCL |

**NOTICE OF APPEARANCE**

Please take notice that Matthew C. Welnicki of the firm of Yurko & Salvesen, P.C. hereby appears on behalf of nominal defendant Eaton Vance Tax-Managed Growth Fund 1.1.

Respectfully submitted,

s/Matthew C. Welnicki

Matthew C. Welnicki (#647104)
YURKO & SALVESEN, PC
One Washington Mall, 11th Floor
Boston, MA 02108-2603
(617) 723-6900

Attorneys for Eaton Vance Tax-Managed
Growth Fund 1.1

Dated:  April 22, 2004

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this Notice by mail to each attorney of record this 22nd day of April 2004.

s/Matthew C. Welnicki