UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHELLE YAMEEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EATON VANCE DISTRIBUTORS, INC., )<br>)<br>Defendant, and )<br>)<br>EATON VANCE TAX-MANAGED GROWTH )<br>FUND 1.1, )<br>)<br>Nominal Defendant. )<br>) | CIVIL ACTION<br>NO. 03-12437-RCL |

**ANSWER OF NOMINAL DEFENDANT**
**EATON VANCE TAX-MANAGED GROWTH FUND 1.1**

Nominal Defendant Eaton Vance Tax-Managed Growth Fund 1.1 (the "Fund"), by its undersigned attorneys, hereby responds to Plaintiff's Complaint as follows:

**Answer**

In response to paragraphs 1 through 50 of the Complaint, the Fund states that the Complaint names the Fund as a nominal defendant only and that the allegations contained in the Complaint are interposed solely against the Defendant Eaton Vance Distributors, Inc. Accordingly, because the allegations are not asserted against the Fund, no specific response is required on behalf of the Fund. The Fund submits itself to the jurisdiction of this Court for a proper adjudication of the claims purported to be set forth therein.

                    Respectfully submitted,

                    /s/Matthew C. Welnicki
                    _____
                    Sanford F. Remz (#549198)
                    Matthew C. Welnicki (#647104)
                    YURKO & SALVESEN, PC
                    One Washington Mall, 11th Floor
                    Boston, MA 02108-2603
                    (617) 723-6900

                    Attorneys for Eaton Vance Tax-Managed
                    Growth Fund 1.1

Dated: April 30, 2004

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this Answer by mail to each attorney of record this 30th day of April 2004.

/s/Matthew C. Welnicki
_____