UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELLE YAMEEN,

        Plaintiff,

v.

EATON VANCE DISTRIBUTORS, INC.,

        Defendant, and

EATON VANCE TAX-MANAGED
GROWTH FUND1.1.,

        Nominal Defendant.

Civil Action No. 03-12437-RCL

**EATON VANCE DISTRIBUTORS, INC.'S UNOPPOSED
MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S
OPPOSITION TO MOTION OF EATON VANCE DISTRIBUTORS, INC.
TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendant Eaton Vance Distributors, Inc. respectfully moves this Court for leave to submit the attached eight-page Reply to Plaintiff's Memorandum of Law in Opposition to Motion of Eaton Vance Distributors, Inc. to Dismiss or, in the Alternative, for Summary Judgment. In support of this Motion, Eaton Vance Distributors, Inc. states that such reply addresses directly some of the case law and other authorities cited by the Plaintiff in her Opposition and is necessary to clarify the issues presented by the Plaintiff. The Plaintiff has stated that she will not oppose this Motion.

WHEREFORE, Defendant Eaton Vance Distributors, Inc. respectfully requests that this Court grant leave to file a Reply, in the form filed herewith at Exhibit A.

BOS-670907 v1 0302234-0231

Respectfully submitted,

*/s/ Wm. Shaw McDermott*

*/s/ Amy B. Abbott*

Wm. Shaw McDermott (BBO #330860)
Aimée E. Bierman (BBO #640385)
Amy B. Abbott (BBO #648072)
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA 02109-1808
(617) 261-3100

Jeffrey B. Maletta, Esq.
Nicholas G. Terris, Esq.
KIRKPATRICK & LOCKHART LLP
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036
(202) 778-9000

*Attorneys for Defendant*
*Eaton Vance Distributors, Inc.*

Date: April 28, 2004

## LOCAL RULE 37.1 CERTIFICATION

The undersigned hereby certifies that on April 27, 2004, Edward Haber and Wm. Shaw McDermott conferred telephonically pursuant to the provisions of Local Rule 37.1 with respect to this Motion and attempted in good faith to resolve or narrow the issues addressed by this Motion. There is no opposition to this Motion.

*/s/ Wm. Shaw McDermott*
Wm. Shaw McDermott

## CERTIFICATE OF SERVICE

I, Amy B. Abbott, hereby certify that on April 28, 2004, a true and correct copy of the foregoing Eaton Vance Distributors, Inc.'s Unopposed Motion for Leave to File Reply to Plaintiff's Opposition to Motion of Eaton Vance Distributors, Inc. to Dismiss or, in the Alternative, for Summary Judgment was served by hand on the following:

Edward F. Haber, Esq.
Christine E. Morin, Esq.
SHAPIRO HABER & URMY LLP
75 State Street
Boston, MA 02109

Sanford F. Remz, Esq.
Matthew C. Welnicki, Esq.
Yurko & Salvesen, PC
One Washington Mall
11th Floor
Boston, MA 02108-2603

_____
Amy B. Abbott