# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**MICHELLE YAMEEN,**

                    **Plaintiff,**

        **VS.**

**EATON VANCE DISTRIBUTORS, INC.,**

                    **Defendant, and**

**EATON VANCE TAX-MANAGED GROWTH FUND 1.1,**

                    **Nominal Defendant.**

Civil Action No. 03-12437-RCL

## LOCAL RULE 16.1(D)(3) CERTIFICATION

The Plaintiff, Michelle Yameen and her undersigned counsel hereby certify that they have conferred:

(a)  with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Michelle Yameen

Edward F. Haber (BBO No. 215620)
Christine E. Morin (BBO No. 600237)
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109
(617) 439-3939

OF COUNSEL:

Richard J. Vita BBO No. 510260
77 Franklin Street, 3rd Fl.
Boston, MA 02110
(617) 426-6566

Dated: June /8, 2004.