UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELLE YAMEEN,

        Plaintiff,

v.

EATON VANCE DISTRIBUTORS, INC.,

        Defendant, and

EATON VANCE TAX-MANAGED GROWTH FUND1.1.,

        Nominal Defendant.

Civil Action No. 03-12437-RCL

## Local Rule 16.1(D)(3) Certification of Eaton Vance Distributors, Inc.

Eaton Vance Distributors, Inc. and its counsel hereby certify that they have conferred (1) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| EATON VANCE DISTRIBUTORS, INC., | COUNSEL FOR EATON VANCE DISTRIBUTORS, INC., Kirkpatrick & Lockhart LLP |
| By: *[signature]* Frederick S. Marius, Esq. | By: *[signature]* Aimée E. Bierman, Esq. |

Dated: May 27, 2004

## CERTIFICATE OF SERVICE

I, Aimée E. Bierman, hereby certify that on June 15, 2004, a true and correct copy of the foregoing Local Rule 16.1(D)(3) Certification of Eaton Vance Distributors, Inc. was served by hand upon the following:

Edward F. Haber, Esq.
Christine E. Morin, Esq.
Shapiro Haber & Urmy LLP
Exchange Place
53 State Street
37th Floor
Boston, MA 02109

Sanford F. Remz, Esq.
Matthew C. Welnicki, Esq.
Yurko & Salvesen, PC
One Washington Mall
11th Floor
Boston, MA 02108-2603

_____
Aimée E. Bierman