UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Michelle Yameen,
        Plaintiff(s),

v.

CIVIL ACTION
NO. 03-12437-NMG

Eaton Vance Distributors, Inc.,
et al
        Defendant(s),

ORDER OF RECUSAL

GORTON, D.J.

    Because Judge Gorton is a stockholder and officer of a closely-held family corporation that is represented by the Kirkpatrick & Lockhart lawfirm, he hereby recuses himself from this case.

BY ORDER OF THE COURT,

_____
Deputy Clerk

Dated: 7/13/2004