## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RE:    Civil No.    03cv12437-RCL

Title:    Michelle Yameen v. Eaton Vance Distributors, Inc., et al

### N O T I C E

Please take notice that the above-entitled case previously reassigned to Judge Gorton and then Judge Tauro has been returned to Judge Lindsay, the originally assigned judge, for all further proceedings upon Judge Gorton's recusal. From this date forward the case number on all pleadings should be followed by the initials  RCL .

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By:    /s/ Helen M. Costello
Deputy Clerk

Date:  July 26, 2004

_____    Please NOTE that the above case has been transferred to the Western Division in Springfield. All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____    Please NOTE that the above case has been transferred to the Central Division in Worcester. All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:    Counsel

(TransferNtc-NMGrecusal0312437.wpd)