UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE YAMEEN,<br><br>　　　　Plaintiff,<br><br>　-vs.-<br><br>EATON VANCE DISTRIBUTORS, INC., JESSICA M. BIBLIOWICZ, JAMES B. HAWKES, SAMUEL L. HAYES, NORTON H. REAMER, LYNN H. STOUT, WILLIAM H. PARK, RONALD A. PEARLMAN, JACK L. TREYNOR, DONALD R. DWIGHT,<br><br>　　　　Defendants,<br><br>　-and-<br><br>EATON VANCE TAX-MANAGED GROWTH FUND 1.1,<br><br>　　　　Nominal Defendant. | Civil Action No. 03-12437-RCL |

**PLAINTIFF'S UNOPPOSED MOTION PURSUANT TO LOCAL RULE 7.1(B)(3) FOR LEAVE TO FILE PLAINTIFF'S SUBMISSION OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO MOTION OF EATON VANCE DISTRIBUTORS, INC. TO DISMISS OR IN THE ALTERNATIVE <u>FOR SUMMARY JUDGMENT</u>**

Now comes the Plaintiff, Michelle Yameen, in the above-referenced action and pursuant to Local Rule 7.1(B)(3) she respectfully moves this Court to grant her leave to file Plaintiff's Submission of Supplemental Authority in Opposition to Motion of Eaton Vance Distributors, Inc. to Dismiss or in the Alternative for Summary Judgment, in order to bring to the Court's attention the August 26, 2004 decision of the United States District Court for the Southern District of New York in *Pfeiffer v. Bjurman Barry & Associates,* 2004 W.L.

1903075 (S.D.N.Y.).

The Plaintiff says that she is advised by counsel for the Defendant that they do not oppose this motion.

Dated: September 7, 2004

                                      Respectfully submitted
                                      by the attorneys for the Plaintiff,

                                      **/s/Theodore M. Hess-Mahan**
                                      Edward F. Haber BBO No. 215620
                                      Theodore Hess-Mahan BBO No. 557109
                                      Todd S. Heyman BBO No. 643804
                                      Shapiro Haber & Urmy LLP
                                      53 State Street
                                      Boston, MA 02109
                                      (617) 439-3939

OF COUNSEL:

Richard J. Vita BBO No. 510260
77 Franklin Street, 3rd Fl.
Boston, MA 02110
(617) 426-6566

      CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify that the parties' counsel have conferred in a good faith effort to narrow or resolve the issues raised in this motion. Defendants do not oppose this motion.

                                      **/s/Theodore M. Hess-Mahan**
                                      Theodore M. Hess-Mahan