UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELLE YAMEEN,

        Plaintiff,

v.

EATON VANCE DISTRIBUTORS, INC.,

        Defendant, and

EATON VANCE TAX-MANAGED
GROWTH FUND 1.1.,

        Nominal Defendant.

Civil Action No. 03-12437-RCL

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE PROPOSED RESPONSE TO PLAINTIFF'S SUBMISSION OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO MOTION OF EATON VANCE DISTRIBUTORS, INC. TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendant respectfully moves this Court for leave to submit the attached Proposed Response to Plaintiff's Submission of Supplemental Authority in Opposition to Motion of Eaton Vance Distributors, Inc. to Dismiss or, in the Alternative, for Summary Judgment. In support of this Motion, the Defendant states that such response is necessary to clarify the issues presented by the Plaintiff in her Submission of Supplemental Authority regarding the applicability of Pfeiffer v. Bjurman Barry & Associates, 2004 W.L. 1903075 (S.D.N.Y. Aug. 26, 2004). The Plaintiff has indicated that she will not oppose this Motion.

WHEREFORE, the Defendant respectfully requests that this Court grant leave to file a Response, in the form filed herewith.

-2-

        Respectfully submitted,

        /s/ Aimée E. Bierman
        Wm. Shaw McDermott (BBO #330860)
        Aimée E. Bierman (BBO #640385)
        abierman@kl.com
        Amy B. Abbott (BBO #648072)
        KIRKPATRICK & LOCKHART LLP
        75 State Street
        Boston, MA  02109-1808
        (617) 261-3100

        Jeffrey B. Maletta, Esq.
        Nicholas G. Terris, Esq.
        Kirkpatrick & Lockhart LLP
        1800 Massachusetts Avenue, N.W.
        Washington, D.C.  20036
        (202) 778-9000

        *Attorneys for Defendant*
        *Eaton Vance Distributors, Inc.*

Date:  September 10, 2004

## **LOCAL RULE 7.1 CERTIFICATION**

The undersigned hereby certifies that Defendant's counsel has conferred with Plaintiff's counsel, the parties have attempted in good faith to resolve or narrow the issue(s) addressed by this Motion, and Plaintiff's counsel has indicated that they will not oppose this Motion.

        /s/ Aimée E. Bierman
        Aimée E. Bierman

-3-

## CERTIFICATE OF SERVICE

    I, Aimée E. Bierman, hereby certify that on September 10, 2004, a true and correct copy of the foregoing Defendant's Unopposed Motion for Leave to File Proposed Response to Plaintiff's Submission of Supplemental Authority in Opposition to Motion of Eaton Vance Distributors, Inc. to Dismiss or, in the Alternative, for Summary Judgment was served electronically via ECF as follows:

        Edward F. Haber, Esq.
        SHAPIRO HABER & URMY LLP
        Exchange Place
        53 State Street
        37th Floor
        Boston, MA  02109

                                    /s/ Aimée E. Bierman
                                  Aimée E. Bierman