## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

                          Civil Action
                          No: <u>03-12437-RCL</u>

        YAMEEN
        Plaintiff

           v.

    EATON VANCE DISTRIBUTORS
        Defendant

## **NOTICE OF HEARING**

LINDSAY, D.J.

     TAKE NOTICE that the above-entitled case has been set for hearing on defendant's motion to dismiss, or in the alternative, for summary judgment at **3:00PM**, on **February 7, 2005,** in Courtroom No. 11, 5th floor, United States Courthouse. Be advised, however, that this hearing date is subject to cancellation on forty-eight hours' notice if the court determines for any reason that the hearing will be unnecessary.

                                By the Court,

                                /s/ Lisa M. Hourihan
                                _____
                                Deputy Clerk

December 22, 2004

To: All Counsel