UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELLE YAMEEN,

Plaintiff,

v.

EATON VANCE DISTRIBUTORS, INC.,

Defendant, and

EATON VANCE TAX-MANAGED
GROWTH FUND1.1.,

Nominal Defendant.

Civil Action No. 03-12437-RCL

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the defendant Eaton Vance Distributors, Inc. by its undersigned counsel, Amy B. Abbott, hereby applies for an order permitting Nicholas G. Terris, Esq., to appear as its counsel *pro hac vice* in the above-captioned action.

In support of this motion, undersigned counsel states the following:

1.      I, Amy B. Abbott, am an associate in the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP, attorneys for the defendant Eaton Vance Distributors, Inc. in the above-captioned matter.

2.      I am a member of the bar of this Court and file my appearance in this action simultaneously herewith.

3.      Under Local Rule 83.5.3, a member in good standing of the bar of any United States district court or the bar of the highest court of any state may appear, by permission of the Court, in any case in this Court upon certificate that: (1) the attorney is a member in good

standing in every jurisdiction where the attorney has been admitted to practice; (2) there are no disciplinary proceedings pending against the attorney; and (3) the attorney is familiar with the applicable Local Rules.

4.      As reflected in the Certificate attached as Exhibit A to this Motion, Nicholas G. Terris, Esq., meets all of the requirements for *pro hac vice* admission as set forth in Local Rule 83.5.3(b).

WHEREFORE, the undersigned respectfully moves this Court to sign the Order (attached hereto as Exhibit B) granting this Motion for Admission *Pro Hac Vice*.

Respectfully submitted,

 */s/ Amy B. Abbott*
Wm. Shaw McDermott (BBO #330860)
Aimée E. Bierman (BBO #640385)
Amy B. Abbott (BBO #648072)
Kirkpatrick & Lockhart Nicholson Graham LLP
75 State Street
Boston, MA  02109-1808
(617) 261-3100

Jeffrey B. Maletta, Esq.
Nicholas G. Terris, Esq.
Kirkpatrick & Lockhart Nicholson Graham LLP
1800 Massachusetts Avenue, N.W.
Washington, D.C.  20036
(202) 778-9000

*Attorneys for Defendant
Eaton Vance Distributors, Inc.*

Date:  January 25, 2005