# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELLE YAMEEN,

        Plaintiff,

v.

EATON VANCE DISTRIBUTORS, INC.,

        Defendant, and

EATON VANCE TAX-MANAGED
GROWTH FUND1.1.,

        Nominal Defendant.

Civil Action No. 03-12437-RCL

## CERTIFICATE IN SUPPORT OF MOTION
## TO PERMIT COUNSEL TO APPEAR *PRO HAC VICE*

Pursuant to Rule 83.5.3(b) of the Local Rules of this Court and in support of the attached Motion to Permit Counsel to Appear *Pro Hac Vice*, I, Nicholas G. Terris, having been duly sworn, on my oath do say as follows:

    1.    I graduated from Harvard Law School in 1996. I was admitted to the District of Columbia Court of Appeals on February 1, 1999. I am also a member of the bar of the United States Court of Appeals for the District of Columbia Circuit, United States Court of Appeals for the Fourth Circuit, United States District Court for the District of Maryland, courts of the District of Columbia, and the New York State Courts. I have remained in good standing with each of these courts since the dates of my admission.

    2.    I am an associate in the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP.

    3.    There are no disciplinary proceedings pending (nor have any ever been brought) against me as a member of the bar in any jurisdiction.

4. I have been provided with the Local Rules of the United States District Court for the District of Massachusetts and I am familiar with them.

_____
Nicholas G. Terris

SWORN TO AND SUBSCRIBED
before me this ___ day
of January 2005.

_____
Notary Public
My commission expires: _____

GREGORY PROCTOR
Notary Public, District of Columbia
My Commission Expires September 30, 2008

- 2 -

# Exhibit B

- 3 -

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE YAMEEN,<br><br>        Plaintiff,<br><br>v.<br><br>EATON VANCE DISTRIBUTORS, INC.,<br><br>        Defendant, and<br><br>EATON VANCE TAX-MANAGED<br>GROWTH FUND 1.1.,<br><br>        Nominal Defendant. | Civil Action No. 03-12437-RCL |

### [PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE*

AND NOW, this ____ day of _____, 2005, upon consideration of the Motion for Admission *Pro Hac Vice* seeking the admission of Attorney Nicholas G. Terris of the law firm Kirkpatrick & Lockhart Nicholson Graham LLP, and the Court finding that the Motion should be GRANTED, it is therefore:

ORDERED that Nicholas G. Terris shall be, and hereby is, authorized to appear *pro hac vice* in this action.

_____
United States District Judge
