# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELLE YAMEEN,

    Plaintiff,

v.

EATON VANCE DISTRIBUTORS, INC.,

    Defendant, and

EATON VANCE TAX-MANAGED
GROWTH FUND1.1.,

    Nominal Defendant.

Civil Action No. 03-12437-RCL

**CERTIFICATE IN SUPPORT OF MOTION
TO PERMIT COUNSEL TO APPEAR *PRO HAC VICE***

Pursuant to Rule 83.5.3(b) of the Local Rules of this Court and in support of the attached Motion to Permit Counsel to Appear *Pro Hac Vice*, I, Jeffrey B. Maletta, having been duly sworn, on my oath do say as follows:

1. I am a member in good standing of Bar of the District of Columbia and have been since my admission in 1979. I received my Juris Doctor degree from the Stanford Law School in 1979. I am also admitted to practice law in the following States or other jurisdictions: the United States District Court for the District of Columbia, United States District Court for the District of Maryland, United States Supreme Court, United States Court of Appeals for the District of Columbia, United States Court of Appeals for the First Circuit, United States Court of Appeals for the Fourth Circuit, and the United States Court of Appeals for the Tenth Circuit. I have remained in good standing with each of these courts since the dates of my admission.

2. I am a partner in the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP.

3. There are no disciplinary proceedings pending (nor have any ever been brought) against me as a member of the bar in any jurisdiction.

4. I have been provided with the Local Rules of the United States District Court for the District of Massachusetts and I am familiar with them.

_____
Jeffrey B. Maletta

SWORN TO AND SUBSCRIBED
before me this 25th day
of January 2005.

_____
Notary Public
My commission expires: _____

GREGORY PROCTOR
Notary Public, District of Columbia
My Commission Expires - September 30, 2008

- 2 -

- 2 -

# Exhibit B

- 3 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE YAMEEN,<br><br>      Plaintiff,<br><br>v.<br><br>EATON VANCE DISTRIBUTORS, INC.,<br><br>      Defendant, and<br><br>EATON VANCE TAX-MANAGED GROWTH FUND1.1.,<br><br>      Nominal Defendant. | Civil Action No. 03-12437-RCL |

### [PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE*

AND NOW, this ____ day of _____, 2005, upon consideration of the Motion for Admission *Pro Hac Vice* seeking the admission of Attorney Jeffrey B. Maletta of the law firm Kirkpatrick & Lockhart Nicholson Graham LLP, and the Court finding that the Motion should be GRANTED, it is therefore:

ORDERED that Jeffrey B. Maletta shall be, and hereby is, authorized to appear *pro hac vice* in this action.

_____
United States District Judge