## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE YAMEEN,<br><br>    Plaintiff,<br><br>  v.<br><br>EATON VANCE DISTRIBUTORS, INC.,<br><br>    Defendant, and<br><br>EATON VANCE TAX-MANAGED<br>GROWTH FUND 1.1.,<br><br>    Nominal Defendant. | Civil Action No. 03-12437-RCL |

### DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE PROPOSED RESPONSE TO PLAINTIFF'S SUBMISSION OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO MOTION OF EATON VANCE DISTRIBUTORS, INC. TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

  Defendant respectfully moves this Court for leave to submit the attached Proposed Response to Plaintiff's Submission of Supplemental Authority in Opposition to Motion of Eaton Vance Distributors, Inc. to Dismiss or, in the Alternative, for Summary Judgment. In support of this Motion, the Defendant states that such response is necessary to clarify the issues presented by the Plaintiff in her Submission of Supplemental Authority regarding the applicability of Zucker v. AIM Advisors, Inc., S.D. Texas No. H-03-5653 ("AIM"), and Lieber v. INVESCO Funds Group, Inc., S.D. Texas No. H-03-5744 ("INVESCO"). The Plaintiff has indicated that she will not oppose this Motion.

  WHEREFORE, the Defendant respectfully requests that this Court grant leave to file a Response, in the form filed herewith.

BOS-723849 v1

Respectfully submitted,

  /s/ Gregory R. Youman
Wm. Shaw McDermott (BBO #330860)
Aimée E. Bierman (BBO #640385)
Gregory R. Youman (BBO #648721)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA  02109-1808
(617) 261-3100

Jeffrey B. Maletta, Esq.
Nicholas G. Terris, Esq.
Kirkpatrick & Lockhart LLP
1800 Massachusetts Avenue, N.W.
Washington, D.C.  20036
(202) 778-9000

*Attorneys for Defendant*
*Eaton Vance Distributors, Inc.*

Date:  February 5, 2005

## LOCAL RULE 7.1 CERTIFICATION

The undersigned hereby certifies that Defendant's counsel has conferred with Plaintiff's counsel, the parties have attempted in good faith to resolve or narrow the issue(s) addressed by this Motion, and Plaintiff's counsel has indicated that they will not oppose this Motion.

  /s/ Gregory R. Youman
Gregory R. Youman

-3-

## CERTIFICATE OF SERVICE

I, Gregory R. Youman, hereby certify that on February 5, 2005, a true and correct copy of the foregoing Defendant's Unopposed Motion for Leave to File Proposed Response to Plaintiff's Submission of Supplemental Authority in Opposition to Motion of Eaton Vance Distributors, Inc. to Dismiss or, in the Alternative, for Summary Judgment was served electronically via ECF as follows:

>Edward F. Haber, Esq.
>SHAPIRO HABER & URMY LLP
>Exchange Place
>53 State Street
>37th Floor
>Boston, MA  02109

>/s/ Gregory R. Youman
>Gregory R. Youman