# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:   Civil No. 03-12437

   Title:  Michelle Yameen v. Eaton Vance Distributors, Inc. et al.

## N O T I C E

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment.  Please take notice that this case previously assigned to Judge  Lindsay  has been reassigned to Judge  Gorton  for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials NMG.

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By:   /s/ Don Stanhope
   Deputy Clerk

Date:   2/8/05

(Notice of LR40.1 Reassign.wpd - 3/15/02)                            [ntccsasgn.]