**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil No.   03-12437

Title:  Michelle Yameen v. Eaton Vance Distributors, Inc. et. al.

**N O T I C E**

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment. Please take notice that this case previously assigned to Judge   Gorton   has been reassigned to Judge  Woodlock for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials   DPW  .

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

Date:   2/9/05                                      By:   /s/   Don Stanhope
                                                                        Deputy Clerk

(Notice of LR40.1 Reassign.wpd - 3/15/02)                                      [ntccsasgn.]