**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **MICHELLE YAMEEN,**<br><br>          **Plaintiff,**<br><br>**VS.**<br><br>**EATON VANCE DISTRIBUTORS, INC.,**<br><br>          **Defendant, and**<br><br>**EATON VANCE TAX-MANAGED GROWTH FUND 1.1,**<br><br>          **Nominal Defendant.** | **Civil Action No. 03-12437-DPW** |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**AMENDED DERIVATIVE COMPLAINT**

Plaintiff respectfully submits this motion for leave to file the Amended Derivative Complaint. This motion has been filed pursuant to the procedure established by Judge Lindsay in his February 7, 2005 Order (the "Procedural Order"). The Plaintiff believes that she can file the Amended Derivative Complaint, as of right, pursuant to Rule 15(a), F. R. Civ. P. The Defendant disagrees. The Procedural Order granted Plaintiff leave to file the Amended Derivative Complaint under seal, which Plaintiff has done. This motion is supported by a memorandum of law, filed herewith.

Dated: February 18, 2005

        Respectfully submitted by the attorneys for the plaintiff,

        **/s/Edward F. Haber**
        Edward F. Haber BBO No. 215620
        Theodore Hess-Mahan BBO No. 557109
        Lara Sutherlin BBO No. 651267
        Shapiro Haber & Urmy LLP
        53 State Street
        Boston, MA 02109
        (617) 439-3939

### **CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

    I hereby certify that the parties' counsel have conferred in a good faith effort to narrow or resolve the issues raised in this motion. The parties cannot resolve their differences.

        **/s/ Edward F. Haber**

        Edward F. Haber