UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHELLE YAMEEN,<br><br>    Plaintiff,<br><br>v.<br><br>EATON VANCE DISTRIBUTORS, INC.,<br><br>    Defendant, and<br><br>EATON VANCE TAX-MANAGED GROWTH FUND 1.1,<br><br>    Nominal Defendant. | CIVIL ACTION<br>NO. 03-12437-DPW |

**JOINDER OF NOMINAL DEFENDANT EATON VANCE TAX-MANAGED GROWTH FUND 1.1 IN DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED DERIVATIVE COMPLAINT**

    The Nominal Defendant Eaton Vance Tax-Managed Growth Fund 1.1 (the "Fund") hereby joins in the opposition of defendant Eaton Vance Distributors, Inc. to Plaintiff's Motion for Leave to File Amended Derivative Complaint to the extent that Plaintiff now seeks to add two new derivative counts in her proposed Amended Complaint. Plaintiff is improperly seeking to assert claims that belong to the Fund without making demand upon the Fund's board of trustees.

    Accordingly, the Fund requests that the Court deny Plaintiff's Motion for Leave to File Amended Derivative Complaint.

Respectfully submitted,

EATON VANCE TAX-MANAGED GROWTH FUND 1.1

By its attorneys,

s/Matthew C. Welnicki/

---

Sanford F. Remz (BBO #549198)
Matthew C. Welnicki (BBO #647104)
YURKO & SALVESEN, PC
One Washington Mall, 11th Floor
Boston, MA 02108-2603
(617) 723-6900

Dated:  March 8, 2005

## Certificate of Service

    I hereby certify that I caused a copy of the above document to be served on counsel for the Plaintiff by first-class mail and through the ECF Filing System on March 8, 2005.

                                                   s/Matthew C. Welnicki/
                                                 _____