UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELLE YAMEEN,

        Plaintiff,

v.

EATON VANCE DISTRIBUTORS, INC.,

        Defendant, and

EATON VANCE TAX-MANAGED
GROWTH FUND1.1.,

        Nominal Defendant.

Civil Action No. 03-12437-DPW

## DECLARATION OF NICHOLAS G. TERRIS

1. I am one of the counsel for Defendant Eaton Vance Distributors, Inc. I have been admitted *pro hac vice* in this matter. I am making this Declaration in support of Defendant's Opposition to Plaintiff's Motion for Leave to File Amended Derivative Complaint.

2. I have reviewed the proposed Amended Derivative Complaint ("Amended Complaint"). The proposed Amended Complaint cites three categories of documents that were produced in discovery in this case: (1) certain memoranda prepared by Eaton Vance Management (the "Eaton Vance Memoranda") for the Board of Trustees of the Eaton Vance Tax-Managed Growth Fund 1.1 ("Fund"); (2) certain memoranda prepared by Goodwin Procter LLP, counsel to the Independent Trustees of the Fund; and (3) minutes of meetings of the Board of Trustees held on April 17, 2001, April 15, 2002, and April 14, 2003 (the "Minutes").

3. Copies of Eaton Vance Memoranda were sent via Federal Express to counsel for the Plaintiff on or before July 12, 2004. The Minutes were sent via Federal Express on July 12, 2004.

DC-699874 v2 0307698-0100

- 2 -

4. Copies of Goodwin Procter LLP's memoranda cited in the Amended Complaint were sent via Federal Express to counsel for the Plaintiff on October 14, 2004.

5. Attached hereto as Exhibit A is a true and correct copy of the notice dated December 22, 2004 setting a hearing on Defendant's Motion to Dismiss or in the Alternative for Summary Judgment for February 7, 2005.

6. Attached hereto as Exhibit B is a copy of a letter to the Honorable Reginald C. Lindsay from Edward Haber, dated February 3, 2005.

7. A copy of the letter identified in the preceding paragraph was sent to me via e-mail at 4:59 p.m. Thursday, February 3, 2005. A copy of the e-mail transmitting this letter is attached as Exhibit C. The e-mail included as an attachment the proposed Amended Complaint that Plaintiff stated she would be filing.

8. Attached hereto as Exhibit D is a copy of the docket sheet in *ING Principal Protection Funds Derivative Litigation*, Master File No. 03-12198-JLT (D. Mass) available through the PACER system.

I state under the penalty of perjury that the foregoing is true and correct.

_____
Nicholas G. Terris