

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>03-12437-RCL</u>

YAMEEN
Plaintiff

v.

EATON VANCE DISTRIBUTORS
Defendant

## <u>NOTICE OF HEARING</u>

LINDSAY, D.J.

TAKE NOTICE that the above-entitled case has been set for hearing on defendant's motion to dismiss, or in the alternative,  for summary judgment at **3:00PM** , on **February 7, 2005,**  in Courtroom No. 11, 5th floor, United States Courthouse.  Be advised, however, that this hearing date is subject to cancellation on forty-eight hours' notice if the court determines for any reason that the hearing will be unnecessary.

By the Court,

/s/ Lisa M. Hourihan

_____

Deputy Clerk

December 22, 2004

To: All Counsel



# SHAPIRO HABER & URMY LLP

Attorneys at Law

Thomas G. Shapiro
Edward F. Haber
Thomas V. Urmy, Jr.
Michelle H. Blauner
Theodore M. Hess-Mahan
Christine E. Morin
Todd. S. Heyman
Matthew L. Tuccillo
Lara A. Sutherlin

Counsel

Lawrence D. Shubow
Alfred J. O'Donovan

E-mail:
ehaber@shulaw.com

February 3, 2005

**HAND DELIVERY AND ELECTRONIC FILING**

Hon. Reginald C. Lindsay
United States District Judge
United States District Court
One Courthouse Way
Boston, Massachusetts 02210

Re:  *Michelle Yameen v. Eaton Vance Distributors Inc.*
     Civil Action No. 03-12437-RCL

Dear Judge Lindsay:

I represent the Plaintiff in the above referenced action.  The parties are scheduled to appear before you in this action this coming Monday, February 7, at 3:00 p.m., for a hearing on the Defendant Eaton Vance Distributors, Inc.'s Motion to Dismiss and/or Motion for Summary Judgment and for a Rule 16 Scheduling Conference.

I write to advise Your Honor that the Plaintiff will be filing an Amended Derivative Complaint in this action.  The Amended Derivative Complaint makes the following changes to the original Derivative Complaint:

1.  The past and present Trustees of the nominal defendant Eaton Vance Tax-Managed Growth Fund 1.1 are added as Defendants;

2.  Two additional causes of action are asserted, for violation of Section 36(a) of the Investment Company Act and for breach of fiduciary duty under Massachusetts law; and

3.  Substantial additional factual allegations are made.

Ordinarily, we would be filing the Amended Derivative Complaint today.  However, many of the additional factual allegations set forth in the Amended Derivative Complaint derive from documents produced in this action by the Defendant Eaton Vance Distributors, Inc. ("EV Distributors"), which documents have been designated as "Confidential" by EV

SHAPIRO HABER & URMY LLP

Hon. Reginald C. Lindsay
February 3, 2005

Page 2

Distributors pursuant to the Protective Order entered by the Court in this action (Docket No. 31).[1]

Paragraph 7 of the Protective Order provides that when a "Receiving Party" desires to file papers with the Court which contain information designated "Confidential" by a "Disclosing Party," the Receiving Party shall first give the Disclosing Party notice so the Disclosing Party can file a motion, pursuant to Local Rule 7.2, seeking the approval of the Court for the filing to be made under seal.

We have, today, provided counsel for EV Distributors with a copy of the Amended Derivative Complaint and the notice required by ¶7 of the Protective Order. Plaintiff will file the Amended Derivative Complaint after your Honor rules on EV Distributors' anticipated Local Rule 7.2 motion,[2] or on February 15, 2005 if no such motion is filed prior to that date.

I have brought these matters to your attention at this time in light of the Motion to Dismiss hearing and Rule 16 Scheduling Conference scheduled for February 7, since they may impact the agenda for that hearing.[3]

Respectfully,

Edward F. Haber

Enclosure

cc:    Jeffrey Malleta, Esq.
       Sanford F. Remz, Esq.

---

[1] EV Distributors has designated "Confidential" every document which they have produced to the Plaintiff in this action. That practice is inconsistent with the requirement of the Protective Order that: "The Disclosing Party shall use due care in deciding whether to label Information as Confidential." Protective Order at ¶4.

[2] Plaintiff anticipates opposing that motion, in light of EV Distributors' *en masse* designation as "Confidential" all documents produced to the Plaintiff.

[3] The issues raised by EV Distributors' Motion to Dismiss concerning the Section 36(b) claims in the original Derivative Complaint are not rendered "moot" by the Amended Derivative Complaint.

**Terris, Nicholas G.**

EXHIBIT
C

| | |
|---|---|
| **From:** | Ed Haber [EHABER@shulaw.com] |
| **Sent:** | Thursday, February 03, 2005 4:59 PM |
| **To:** | McDermott, Wm. Shaw; Maletta, Jeffrey; Terris, Nicholas G.; Sanford Remz (E-mail) |
| **Subject:** | Yameen v. Eaton Vance |
| **Attachments:** | Maletta 2005 02 03 with Amended Derivative Complaint.pdf; Amended Derivative Complaint 2 3 05.pdf; Lindsay 2005 02 03.pdf |

Please see the attached letters and Amended Derivative Complaint.


<<Maletta 2005 02 03 with Amended Derivative Complaint.pdf>>    <<Amended Derivative Complaint 2 3 05.pdf>> <<Lindsay 2005 02 03.pdf>>

Edward F. Haber
Shapiro Haber & Urmy LLP
Exchange Place
53 State Street
Boston, MA  02109


617-439-3939



LEAD

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:03-cv-12198-JLT

Price et al v. ING Funds Distributor, LLC et al
Assigned to: Judge Joseph L. Tauro
Lead case: 1:03-cv-12198-JLT   (View Member Cases)
Cause: 28:1331 Fed. Question: Securities Violation

Date Filed: 11/07/2003
Jury Demand: Plaintiff
Nature of Suit: 850
Securities/Commodities
Jurisdiction: Federal Question

### Consolidated Plaintiff

**Media Palandjian**
*Derivatively on behalf of ING
PRINCIPAL PROTECTION FUND II
and ING PRINCIPAL PROTECTION
FUND IV*

represented by **Edward F. Haber**
Shapiro Haber & Urmy LLP
53 State Street
37th Floor
Boston, MA 02109
617-439-3939
Fax: 617-439-0134
Email: ehaber@shulaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore M. Hess-Mahan**
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02108
617-439-3939
Fax: 617-439-0134
Email: ted@shulaw.com
*ATTORNEY TO BE NOTICED*

**Christine E. Morin**
Shapiro, Grace, Haber & Urmy
75 State St.
Boston, MA 02109
617-439-3939
Fax: 617-439-0134
Email: cmorin@shulaw.com
*TERMINATED: 03/01/2005*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Walter Price**

represented by **Christine E. Morin**
Shapiro, Grace, Haber & Urmy
Exchange Place
37th Floor

53 State Street
Boston, MA 02109
617-439-3939
Fax: 617-439-0134
Email: cmorin@shulaw.com
*TERMINATED: 03/01/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward F. Haber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore M. Hess-Mahan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heidi Hedlund**                    represented by    **Christine E. Morin**
*Trustees, Heidi Hedlund and Walter*                   (See above for address)
*Price Revocable Living Trust D/T/D.*                  *TERMINATED: 03/01/2005*
*12/24/00, derivatively on behalf of ING*              *LEAD ATTORNEY*
*Principal Protection Fund*                            *ATTORNEY TO BE NOTICED*

**Edward F. Haber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore M. Hess-Mahan**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ING Funds Distributor, LLC**       represented by    **Alan J. Langton, II**
Quigley, O'Connor & Carnatman LLC
Suite 1040
20 Custom House Square
Boston, MA 02110
617-292-2516
Fax: 617-238-6781
Email: alangton@qoclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**C. Neil Gray**
Milbank Tweed Hadley & McCloy

1 Chase Manhattan Plaza
New York, NY 10005-1413
212-530-5127
Fax: 212-822-5127
Email: cngray@milbank.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hung G. Ta**
Milbank, Tweed, Hadley & McCloy
LLP
One Chase Manhattan Plaza
New York, NY 10005
212-530-5000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James N. Benedict**
Milbank, Tweed, Hadley & McCloy
One Chase Manhattan Plaza
New York, NY 10005
212-530-5696
Fax: 212-822-5696
Email: jbenedict@milbank.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. Kirsch**
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019-6131
212-878-8000
Fax: 212-878-8375
Email:
mark.kirsch@cliffordchance.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stacey J. Rappaport**
Milbank, Tweed, Hadley & McCloy
LLP
One Chase Manhattan Plaza
New York, NY 10005
212-530-5000
Fax: 212-530-5219
Email: srappaport@milbank.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven F. Gatti**

Clifford Chance US LLP
2001 K Street, N.W.
Washington, DC 20006
202-912-5000
Fax: 202-912-6000
Email: steven.gatti@cliffordchance.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas N. O'Connor**
Quigley, O'Connor & Carnatman LLC
Suite 1040
20 Custom House Square
Boston, MA 02110
617-292-2502
Fax: 617-292-2525
Email: toconnor@qoclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean T. Carnathan**
Quigley, O'Connor and Carnathan, LLC

8 New England Executive Park
Suite 310
Burlington, MA 01803
617-292-2518
Fax: 781-359-9001
Email: scarnathan@qoclaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**ING Investments, LLC**          represented by  **Alan J. Langton, II**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **C. Neil Gray**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Hung G. Ta**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **James N. Benedict**
                                                (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. Kirsch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stacey J. Rappaport**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven F. Gatti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas N. O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean T. Carnathan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Aeltus Investment Management Inc.**          represented by   **Alan J. Langton, II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**C. Neil Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hung G. Ta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James N. Benedict**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. Kirsch**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stacey J. Rappaport**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven F. Gatti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas N. O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean T. Carnathan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**ING Principal Protection Fund**          represented by **Thomas N. O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean T. Carnathan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard A. Wedermeyer**          represented by **Christopher E. Dominguez**
Kirkpatrick & Lockhart LLP
1800 Massachusetts Ave, N.W.
Washington, DC 20036
202-778-9000
Fax: 202-778-9100
Email: cdominguez@kl.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey B. Maletta**
Kirkpatrick & Lockhart LLP
1800 Massachusetts Avenue, NW
Suite 200
Washington, DC 20036
202-778-9000
Email: jmaletta@kl.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory R. Youman**
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA 02109
617-261-3100
Fax: 617-261-3175
Email: gyouman@KL.com
*ATTORNEY TO BE NOTICED*

**William Shaw McDermott**
Kirkpatrick & Lockhart
75 State Street
Boston, MA 02109-1808
617-261-3120
Fax: 617-261-3175
Email: smcdermott@kl.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Roger B. Vincent**                    represented by    **Christopher E. Dominguez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey B. Maletta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory R. Youman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Shaw McDermott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Blaine E. Rieke**                     represented by    **Christopher E. Dominguez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey B. Maletta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory R. Youman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Shaw McDermott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jock Patton**                             represented by    **Christopher E. Dominguez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey B. Maletta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory R. Youman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Shaw McDermott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Walter H. May**                           represented by    **Christopher E. Dominguez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey B. Maletta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory R. Youman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Shaw McDermott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**R. Barbara Gitenstein**                   represented by    **Christopher E. Dominguez**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey B. Maletta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory R. Youman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Shaw McDermott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Earley**                    represented by    **Christopher E. Dominguez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey B. Maletta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory R. Youman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Shaw McDermott**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/07/2003 | 1 | COMPLAINT against Aeltus Investment Management Inc., ING Funds Distributor. LLC, ING Investments. LLC, ING Principal Protection Fund Filing fee: $ 150, receipt number 51598, filed by Heidi Hedlund, Walter Price.(Spencer, Sherry) (Entered: 11/10/2003) |
| 11/07/2003 | | Summons Issued as to Aeltus Investment Management Inc., ING Funds Distributor, LLC, ING Investments, LLC, ING Principal Protection Fund. (Spencer, Sherry) (Entered: 11/10/2003) |
| 11/07/2003 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Spencer, Sherry) (Entered: 11/10/2003) |
| | | |

| 02/05/2004 | 2 | NOTICE of Appearance by Thomas N. O'Connor on behalf of Aeltus Investment Management Inc., ING Funds Distributor, LLC, ING Investments, LLC, ING Principal Protection Fund (Johnson, Jay) (Entered: 02/12/2004) |
|---|---|---|
| 02/05/2004 | 3 | (Unopposed) MOTION for entry of proposed pretrial order #1 by Heidi Hedlund, Walter Price.(Johnson, Jay) (Entered: 02/12/2004) |
| 03/01/2004 | | NOTICE of Hearing:Hearing set for 3/11/2004 11:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 03/01/2004) |
| 03/03/2004 | 4 | Assented To MOTION for Leave to Appear Pro Hac Vice of James Benedict, Mark Kirsch and, Steven Gatti. Filing fee $ 150, receipt number 54415. by Aeltus Investment Management Inc., ING Funds Distributor, LLC, ING Investments, LLC. (Attachments: #(1) Affidavit of James N. Benedict #(2) Affidavit of Mark A. Kirsch #(3) Affidavit of Steven F. Gatti.(Abaid, Kim) (Entered: 03/10/2004) |
| 03/10/2004 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 4 Motion for Leave to Appear Pro Hac Vice Added James N. Benedict for ING Investments, LLC; Aeltus Investment Management Inc. and ING Funds Distributor, LLC, Mark A. Kirsch for ING Investments, LLC; Aeltus Investment Management Inc. and ING Funds Distributor, LLC, Steven F. Gatti for ING Investments, LLC; Aeltus Investment Management Inc. and ING Funds Distributor, LLC (Abaid, Kim) (Entered: 03/11/2004) |
| 03/12/2004 | 5 | CORPORATE DISCLOSURE STATEMENT by Aeltus Investment Management Inc., ING Funds Distributor, LLC, ING Investments, LLC. (Abaid, Kim) (Entered: 03/15/2004) |
| 03/17/2004 | | ELECTRONIC Clerk's Notesfor proceedings held before Judge Joseph L. Tauro : Status Conference held on 3/17/2004. Case 03-12530 consolidated (see orderfor details); a further conference will be held on October 5, 2004 at 10:00a.m. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 03/17/2004) |
| 03/18/2004 | 6 | Judge Joseph L. Tauro : ORDER entered re depositions and scheduling. SCHEDULING ORDER:. Motions allowed 3 MOTION for entry of proposed pretrial order #1 filed by Walter Price, Heidi Hedlund. FurtherConference set for 10/5/2004 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. Amended Complaint due by 3/31/2004. Motions due by 4/7/2004.(Abaid, Kim) (Entered: 03/18/2004) |
| 03/31/2004 | 7 | CONSOLIDATED AMENDED COMPLAINT against all defendants, filed by Heidi Hedlund, Media Palandjian, Walter Price. (Attachments: # 1)(Abaid, Kim) (Entered: 04/01/2004) |
| 04/07/2004 | 8 | MOTION to Transfer Case to the District of Arizona by Aeltus Investment Management Inc., ING Funds Distributor, LLC, ING Investments, LLC.(Abaid, Kim) (Entered: 04/13/2004) |
| 04/07/2004 | 9 | AFFIDAVIT of Steven F. Gatti, Esq. in Support re 8 MOTION to Transfer Case to the District of Arizona. (Abaid, Kim) (Entered: |

| | | |
|---|---|---|
| | | 04/13/2004) |
| 04/07/2004 | <u>10</u> | MOTION for Leave to File Excess Pages by Aeltus Investment Management Inc., ING Funds Distributor, LLC, ING Investments, LLC. (Abaid, Kim) (Entered: 04/13/2004) |
| 04/07/2004 | <u>12</u> | AFFIDAVIT of Michael J. Roland in Support re <u>8</u> MOTION to Transfer Case. (Abaid, Kim) (Entered: 04/13/2004) |
| 04/13/2004 | | Judge Joseph L. Tauro : Electronic ORDER entered granting <u>10</u> Motion for Leave to File Excess Pages (Abaid, Kim) (Entered: 04/13/2004) |
| 04/13/2004 | <u>11</u> | MEMORANDUM in Support re <u>8</u> MOTION to Transfer Case filed by Aeltus Investment Management Inc., ING Funds Distributor, LLC, ING Investments, LLC. (Abaid, Kim) (Entered: 04/13/2004) |
| 04/22/2004 | <u>13</u> | MEMORANDUM in Opposition re 8 MOTION to Transfer Case filed by Heidi Hedlund, Media Palandjian, Walter Price. (Abaid, Kim) (Entered: 04/23/2004) |
| 04/22/2004 | <u>14</u> | AFFIDAVIT of Alyssa Petroff in Support re 13 Memorandum in Opposition to Motion. (Abaid, Kim) (Entered: 04/23/2004) |
| 04/30/2004 | <u>15</u> | MOTION for Leave to File reply memorandum in further support of motion to transfer to the District of Arizona by Aeltus Investment Management Inc., ING Funds Distributor, LLC, ING Investments, LLC. (Abaid, Kim) (Entered: 05/03/2004) |
| 05/03/2004 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 15 Motion for Leave to File (Abaid, Kim) (Entered: 05/03/2004) |
| 05/03/2004 | <u>16</u> | MEMORANDUM in further Support re 8 MOTION to Transfer Case filed by Aeltus Investment Management Inc., ING Funds Distributor, LLC, ING Investments, LLC. (Abaid, Kim) (Entered: 05/03/2004) |
| 05/03/2004 | | Judge Joseph L. Tauro : Electronic ORDER entered denying 8 Motion to Transfer Case to the District of Arizona. (Abaid, Kim) (Entered: 05/04/2004) |
| 05/06/2004 | <u>17</u> | NOTICE of Change of Address by Edward F. Haber (Abaid, Kim) (Entered: 05/07/2004) |
| 05/12/2004 | <u>18</u> | Judge Joseph L. Tauro : JUDGE TAURO's RULE 26 DISCOVERY ORDER entered.(Lovett, Zita) (Entered: 05/12/2004) |
| 05/13/2004 | <u>19</u> | TRANSCRIPT of Status Conference held on March 1 7, 2004 before Judge Tauro. Court Reporter: Carol Lynn Scott. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/330-1377 or the Clerk's Office. (Scalfani, Deborah) (Entered: 05/13/2004) |
| 05/14/2004 | | Judge Joseph L. Tauro : Electronic ORDER entered granting <u>21</u> Motion for Leave to Appear Pro Hac Vice Added C. Neil Gray for ING Investments, LLC; Aeltus Investment Management Inc. and ING Funds Distributor, LLC (Abaid, Kim) (Entered: 05/18/2004) |

| 05/17/2004 | 20 | Assented to MOTION for Extension of Time to May 28, 2004 to File Answer re 7 Amended Complaint by Aeltus Investment Management Inc., ING Funds Distributor, LLC, ING Investments, LLC, ING Principal Protection Fund.(Carnathan, Sean) Modified on 5/18/2004 (Abaid, Kim). (Entered: 05/17/2004) |
|---|---|---|
| 05/17/2004 | 21 | MOTION for Leave to Appear Pro Hac Vice by C. Neil Gray Filing fee $ 50.00, receipt number 55926. by Aeltus Investment Management Inc., ING Funds Distributor, LLC, ING Investments, LLC. (Attachments: # 1 Affidavit of C. Neil Gray)(Abaid, Kim) (Entered: 05/18/2004) |
| 05/18/2004 | | Notice of correction to docket made by Court staff. Correction: Docket entry #20 corrected because: changed attachment to include electronic signature. (Abaid, Kim) (Entered: 05/18/2004) |
| 05/28/2004 | 22 | MOTION to Dismiss by Aeltus Investment Management Inc., ING Funds Distributor, LLC, ING Investments, LLC. (Attachments: # 1 Memorandum of Law Supporting Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Derivative Complaint# 2 Exhibit A to Memorandum Supporting Defendants' Motion to Dismiss# 3 Declaration of Steven F. Gatti, Esq. in Support of Defendants' Motion to Dismiss# 4 Notice of Filing)(Carnathan, Sean) (Entered: 05/28/2004) |
| 06/03/2004 | 23 | NOTICE of Change of Address by Alan J. Langton II (Langton, Alan) (Entered: 06/03/2004) |
| 07/09/2004 | 24 | Assented to MOTION for Extension of Time to July 30, 2004 & September 10, 2004 to File Pltfs' Response to Motion to Dismiss (7/30/04) & Def.'s Reply (9/10/04) by Heidi Hedlund, Media Palandjian, Walter Price.(Morin, Christine) (Entered: 07/09/2004) |
| 07/12/2004 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 24 Motion for Extension of Time (Abaid, Kim) (Entered: 07/14/2004) |
| 07/30/2004 | 25 | STIPULATION *AND [PROPOSED] PROTECTIVE ORDER* by Aeltus Investment Management Inc., Heidi Hedlund, ING Funds Distributor, LLC, ING Investments, LLC, ING Principal Protection Fund, Media Palandjian, Walter Price. (Hess-Mahan, Theodore) (Entered: 07/30/2004) |
| 07/30/2004 | 26 | AMENDED COMPLAINT *SECOND CONSOLIDATED AMENDED DERIVATIVE COMPLAINT* against all defendants, filed by Heidi Hedlund, Media Palandjian, Walter Price. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I)(Haber, Edward) Additional attachment(s) added on 8/3/2004 (Abaid, Kim). (Entered: 07/30/2004) |
| 08/03/2004 | | Notice of correction to docket made by Court staff. Correction: document 26 corrected because: documents shouldn't be more than 20 pages per section. Entry was split into two sections to make it more accessible to cm/ecf users. (Abaid, Kim) (Entered: 08/03/2004) |
| 08/16/2004 | 27 | STIPULATION and Protective Order by Aeltus Investment Management Inc., Heidi Hedlund, ING Funds Distributor, LLC, ING Investments, |

| | | |
|---|---|---|
| | | LLC, Media Palandjian, Walter Price. (Abaid, Kim) (Entered: 08/16/2004) |
| 09/10/2004 | 28 | STIPULATION *REGARDING SERVICE OF PROCESS AND RESPONSES TO THE SECOND AMENDED DERIVATIVE COMPLAINT* by Heidi Hedlund, Media Palandjian, Walter Price. (Haber, Edward) (Entered: 09/10/2004) |
| 09/10/2004 | 29 | MOTION to Dismiss *Plaintiffs' Second Consolidated Amended Derivative Complaint* by Aeltus Investment Management Inc., ING Funds Distributor, LLC, ING Investments, LLC. (Carnathan, Sean) Modified on 9/13/2004 (Abaid, Kim). (Entered: 09/10/2004) |
| 09/10/2004 | 30 | MOTION to Stay *Discovery and Memorandum of Reasons in Support* by Aeltus Investment Management Inc., ING Funds Distributor, LLC, ING Investments, LLC.(Carnathan, Sean) (Entered: 09/10/2004) |
| 09/10/2004 | 31 | RESPONSE to Motion re 30 MOTION to Stay *Discovery and Memorandum of Reasons in Support and Joinder in Defendants' Motion to Stay Discovery* filed by Richard A. Wedermeyer, Roger B. Vincent, Blaine E. Rieke, Jock Patton, Walter H. May, R. Barbara Gitenstein, Michael Earley. (Youman, Gregory) (Entered: 09/10/2004) |
| 09/10/2004 | 32 | Assented-To MOTION for Leave to File Memorandum in Support of Motion to Dismiss by Aeltus Investment Management Inc., ING Funds Distributor, LLC, ING Investments, LLC. (Attachments: # 1 Proposed Memorandum Part 1# 2 Proposed Memorandum Part II# 3Exhibit A) (Abaid, Kim) (Entered: 09/13/2004) |
| 09/10/2004 | 33 | AFFIDAVIT of Stephen F. Gatti Esq. in Support re 29 MOTION to Dismiss *Plaintiffs' Second Consolidated Amended Derivative Complaint.* (Abaid, Kim) (Entered: 09/13/2004) |
| 09/10/2004 | 34 | NOTICE of Filing Exhibits with the Clerks Office by Aeltus Investment Management Inc., ING Funds Distributor, LLC, ING Investments, LLC re 33 Affidavit in Support (Abaid, Kim) (Entered: 09/13/2004) |
| 09/10/2004 | 35 | EXHIBIT re 34 Notice (Other) by Aeltus Investment Management Inc., ING Funds Distributor, LLC, ING Investments, LLC. (Abaid, Kim) (Entered: 09/13/2004) |
| 09/13/2004 | | Notice of correction to docket made by Court staff. Correction: docket entry 29 corrected because: The documents that were filed as attachments should have been separately filed as its own document. (Abaid, Kim) (Entered: 09/13/2004) |
| 09/14/2004 | | Judge Joseph L. Tauro : Electronic ORDER entered Approving 28 Stipulation filed by Walter Price, Heidi Hedlund, Media Palandjian. (Abaid, Kim) (Entered: 09/15/2004) |
| 09/15/2004 | 36 | MOTION to Dismiss *Plaintiffs' Second Consolidated Amended Derivative Complaint* by Michael Earley, R. Barbara Gitenstein, Walter H. May, Jock Patton, Blaine E. Rieke, Roger B. Vincent, Richard A. Wedermeyer.(Youman, Gregory) (Entered: 09/15/2004) |

| 09/15/2004 | 37 | MEMORANDUM in Support re 36 MOTION to Dismiss *Plaintiffs' Second Consolidated Amended Derivative Complaint* filed by Michael Earley, R. Barbara Gitenstein, Walter H. May, Jock Patton, Blaine E. Rieke, Roger B. Vincent, Richard A. Wedermeyer. (Attachments: # 1 Exhibit 1 (Declaration of Trust))(Youman, Gregory) (Entered: 09/15/2004) |
|---|---|---|
| 09/15/2004 | 38 | DECLARATION re 36 MOTION to Dismiss *Plaintiffs' Second Consolidated Amended Derivative Complaint of Christopher E. Dominguez in Support of Motion to Dismiss* by Michael Earley, R. Barbara Gitenstein, Walter H. May, Jock Patton, Blaine E. Rieke, Roger B. Vincent, Richard A. Wedermeyer. (Youman, Gregory) (Entered: 09/15/2004) |
| 09/20/2004 | 39 | NOTICE OF CANCELLATION. (Lovett, Zita) Additional attachment(s) added on 9/21/2004 (Abaid, Kim). (Entered: 09/20/2004) |
| 09/24/2004 | 40 | Letter/request (non-motion) from Sean T. Carnathan *regarding pending Motion to Stay Discovery*. (Carnathan, Sean) (Entered: 09/24/2004) |
| 10/05/2004 | | Judge Joseph L. Tauro : Electronic ORDER entered denying as moot 22 Motion to Dismiss (Abaid, Kim) (Entered: 10/05/2004) |
| 10/05/2004 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 32 Motion for Leave to File (Abaid, Kim) (Entered: 10/05/2004) |
| 10/05/2004 | 41 | MEMORANDUM OF LAW in Support of Defendants' Motion to Dismiss Second Consolidated Amended Derivative Complaint by Aeltus Investment Management Inc., ING Funds Distributor, LLC, ING Investments, LLC. (Attachments: # 1 Memorandum Continued# 2 Exhibit A)(Abaid, Kim) (Entered: 10/05/2004) |
| 10/07/2004 | 42 | STIPULATION *Regarding Discovery Schedule* by Aeltus Investment Management Inc., Michael Earley, R. Barbara Gitenstein, Heidi Hedlund, ING Funds Distributor, LLC, ING Investments, LLC, Walter H. May, Media Palandjian, Jock Patton, Walter Price, Blaine E. Rieke, Roger B. Vincent, Richard A. Wedermeyer. (Haber, Edward) (Entered: 10/07/2004) |
| 10/13/2004 | 43 | Judge Joseph L. Tauro : ORDER entered 30 Motion to Stay Discovery is DENIED as moot. 42 Stipulation regarding Discovery Schedule is ALLOWED. The Parties shall designate their expert witnesses by April 29, 2005; The Parties shall exchange expert reports by May 31, 2005; A Motion Hearing will be held on December 15, 2004 at 10:00 AM in Courtroom 20 on the 7th Floor and A Final Pre-Trial Conference will be held on June 8, 2005 at 10:00 AM in Courtroom 20 on the 7th Floor. (Abaid, Kim) (Entered: 10/14/2004) |
| 10/15/2004 | 44 | MOTION for Leave to Appear Pro Hac Vice by Jeffrey B. Maletta Filing fee $ 50.00. by Michael Earley, R. Barbara Gitenstein, Walter H. May, Jock Patton, Blaine E. Rieke, Roger B. Vincent, Richard A. Wedermeyer. (Attachments: # 1 Exhibit A (Certificate in Support of Motion)# 2 Exhibit B (Proposed Order))(Youman, Gregory) (Entered: 10/15/2004) |

| | | |
|---|---|---|
| 10/15/2004 | 45 | MOTION for Leave to Appear Pro Hac Vice by Christopher E. Dominguez Filing fee $ 50.00. by Michael Earley, R. Barbara Gitenstein, Walter H. May, Jock Patton, Blaine E. Rieke, Roger B. Vincent, Richard A. Wedermeyer. (Attachments: # 1 Exhibit A (Certificate in Support of Motion)# 2 Exhibit B (Proposed Order))(Youman, Gregory) (Entered: 10/15/2004) |
| 10/21/2004 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 44 Motion for Leave to Appear Pro Hac Vice Added Jeffrey B. Maletta for Walter H. May; Jock Patton; Blaine E. Rieke; Roger B. Vincent; Richard A. Wedermeyer; Michael Earley and R. Barbara Gitenstein. Christopher E. Dominguez for Walter H. May; Jock Patton; Blaine E. Rieke; Roger B. Vincent; Richard A. Wedermeyer; Michael Earley and R. Barbara Gitenstein, granting 45 Motion for Leave to Appear Pro Hac Vice Added Jeffrey B. Maletta for Walter H. May; Jock Patton; Blaine E. Rieke; Roger B. Vincent; Richard A. Wedermeyer; Michael Earley and R. Barbara Gitenstein, Christopher E. Dominguez for Walter H. May; Jock Patton; Blaine E. Rieke; Roger B. Vincent; Richard A. Wedermeyer; Michael Earley and R. Barbara Gitenstein (Abaid, Kim) (Entered: 10/21/2004) |
| 10/22/2004 | 46 | NOTICE of Appearance by William Shaw McDermott on behalf of Michael Earley, R. Barbara Gitenstein, Walter H. May, Jock Patton, Blaine E. Rieke, Roger B. Vincent, Richard A. Wedermeyer (McDermott, William) (Entered: 10/22/2004) |
| 10/25/2004 | 47 | Assented to MOTION for Leave to File Excess Pages by Heidi Hedlund, Media Palandjian, Walter Price.(Haber, Edward) (Entered: 10/25/2004) |
| 10/25/2004 | 48 | MEMORANDUM in Opposition re 29 MOTION to Dismiss *Plaintiffs' Second Consolidated Amended Derivative Complaint*, 36 MOTION to Dismiss *Plaintiffs' Second Consolidated Amended Derivative Complaint* filed by Heidi Hedlund, Media Palandjian, Walter Price. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Haber, Edward) (Entered: 10/25/2004) |
| 10/25/2004 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 47 Motion for Leave to File Excess Pages (Abaid, Kim) (Entered: 10/27/2004) |
| 11/04/2004 | 49 | Assented to MOTION for Extension of Time to 11/24/2004 to File Response/Reply *in Further Support of Defendants' Motion to Dismiss Plaintiffs' Second Consolidated Amended Derivative Complaint* by Aeltus Investment Management Inc., ING Funds Distributor, LLC, ING Investments, LLC.(Carnathan, Sean) (Entered: 11/04/2004) |
| 11/04/2004 | 50 | Assented to MOTION for Extension of Time to November 24, 2004 to File Response/Reply *in Further Support of Trustee Defendants' Motion to Dismiss Plaintiffs' Second Consolidated Amended Derivative Complaint* by Michael Earley, R. Barbara Gitenstein, Walter H. May, Jock Patton, Blaine E. Rieke, Roger B. Vincent, Richard A. Wedermeyer. (Youman, Gregory) Additional attachment(s) added on 11/4/2004 (Abaid, Kim). (Entered: 11/04/2004) |
| 11/24/2004 | 51 | REPLY to Response to Motion re 36 MOTION to Dismiss *Plaintiffs'* |

| | | |
|---|---|---|
| | | *Second Consolidated Amended Derivative Complaint* filed by Michael Earley, R. Barbara Gitenstein, Walter H. May, Jock Patton, Blaine E. Rieke, Roger B. Vincent, Richard A. Wedermeyer. (McDermott, William) (Entered: 11/24/2004) |
| 11/24/2004 | 52 | REPLY to Response to Motion re 36 MOTION to Dismiss *Plaintiffs' Second Consolidated Amended Derivative Complaint* filed by Aeltus Investment Management Inc., ING Funds Distributor, LLC, ING Investments, LLC. (Gray, C. Neil) (Entered: 11/24/2004) |
| 11/30/2004 | 53 | Assented to MOTION for Leave to Appear Pro Hac Vice by Stacey J. Rappaport by Aeltus Investment Management Inc., ING Funds Distributor, LLC, ING Investments, LLC. (Attachments: # 1 Affidavit of Stacey J. Rappaport in Support of Motion for Pro Hac Vice Admission) (Carnathan, Sean) (Entered: 11/30/2004) |
| 11/30/2004 | 54 | Assented to MOTION for Leave to Appear Pro Hac Vice by Hung G. Ta by Aeltus Investment Management Inc., ING Funds Distributor, LLC, ING Investments, LLC. (Attachments: # 1 Affidavit of Hung G. Ta in Support of Pro Hac Vice Admission)(Carnathan, Sean) (Entered: 11/30/2004) |
| 12/01/2004 | | Filing fee: $ 100.00, receipt number 60466 regarding 53 Motion for Pro Hac Vice and 54 Motion for Pro Hac Vice (Abaid, Kim) (Entered: 12/02/2004) |
| 12/02/2004 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 53 Motion for Leave to Appear Pro Hac Vice Added Stacey J. Rappaport for ING Investments, LLC; Aeltus Investment Management Inc. and ING Funds Distributor, LLC, granting 54 Motion for Leave to Appear Pro Hac Vice Hung G. Ta for ING Investments, LLC; Aeltus Investment Management Inc. and ING Funds Distributor, LLC (Abaid, Kim) (Entered: 12/02/2004) |
| 12/03/2004 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 49 Motion for Extension of Time to File Response/Reply, granting 50 Motion for Extension of Time to File Response/Reply Responses due by 11/24/2004 (Abaid, Kim) (Entered: 12/06/2004) |
| 12/22/2004 | | Motions terminated: 20 Assented to MOTION for Extension of Time to May 28, 2004 to File Answer re 7 Amended Complaint filed by ING Funds Distributor, LLC, ING Investments, LLC, Aeltus Investment Management Inc., ING Principal Protection Fund. MOOT.(Abaid, Kim) (Entered: 12/22/2004) |
| 01/18/2005 | | NOTICE of Hearing: Pending Motions: Hearing set for 1/25/2005 11:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 01/18/2005) |
| 01/25/2005 | 55 | Letter from James N. Benedict re: Rescheduling of Status Conference. (Abaid, Kim) (Entered: 01/25/2005) |
| 01/28/2005 | 56 | Unopposed MOTION for Leave to File Supplemental Submission in |

| | | |
|---|---|---|
| | | Opposition to Defendant's Motion to Dismiss by Walter Price, Media Palandjian, Heidi Hedlund. (Attachments: # 1 Plaintiffs' Submission of Supplemental Authority in Opposition to Defendants' Motions to Dismiss# 2 Exhibit A# 3 Exhibit B)(Haber, Edward) Modified on 2/2/2005 (Abaid, Kim). (Entered: 01/28/2005) |
| 02/02/2005 | | Notice of correction to docket made by Court staff. Correction: Docket Entry 56 corrected because: Changed the title to reflect the title of the actual document. (Abaid, Kim) (Entered: 02/02/2005) |
| 02/02/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 56 Motion for Leave to File Supplemental Submission in Opposition to Motion to Dismiss (Abaid, Kim) (Entered: 02/02/2005) |
| 02/02/2005 | 57 | SUPPLEMENTAL MEMORANDUM in Opposition re 36 MOTION to Dismiss *Plaintiffs' Second Consolidated Amended Derivative Complaint* filed by Walter Price, Media Palandjian, Heidi Hedlund. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Abaid, Kim) (Entered: 02/02/2005) |
| 02/04/2005 | 58 | RESPONSE to Motion re 56 Assented to MOTION for Leave to File *Plaintiffs' Submission of Supplemental Authority in Opposition to Defedants' Motions to Dismiss* filed by Aeltus Investment Management Inc., ING Funds Distributor, LLC, ING Investments, LLC. (Carnathan, Sean) (Entered: 02/04/2005) |
| 02/08/2005 | | Electronic Clerk's Notes for proceedings held before Judge Joseph L. Tauro : Motion Hearing held on 2/8/2005 re 22 MOTION to Dismiss filed by ING Funds Distributor, LLC., ING Investments, LLC., Aeltus Investment Management Inc.,, 29 MOTION to Dismiss *Plaintiffs' Second Consolidated Amended Derivative Complaint* filed by ING Funds Distributor, LLC., ING Investments, LLC., Aeltus Investment Management Inc.,, 36 MOTION to Dismiss *Plaintiffs' Second Consolidated Amended Derivative Complaint* filed by Michael Earley,, R. Barbara Gitenstein,, Walter H. May,, Jock Patton,, Blaine E. Rieke,, Roger B. Vincent,, Richard A. Wedermeyer,. MOTIONS TAKEN UNDER ADVISEMENT.(Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 02/08/2005) |
| 02/28/2005 | 59 | MOTION for Leave to File *Plaintiffs' Post-Argument Supplemental Submission In Opposition To Defendants' Motion to Dismiss* by Walter Price, Media Palandjian, Heidi Hedlund. (Attachments: # 1 Plaintiffs' Post-Argument Supplemental Submission in Opposition to Defendants' Motion to Dismiss)(Hess-Mahan, Theodore) (Entered: 02/28/2005) |
| 03/01/2005 | | *** Attorney Christine E. Morin terminated. (Abaid, Kim) (Entered: 03/02/2005) |
| 03/02/2005 | 60 | TRANSCRIPT of Motion Hearing held on February 8, 2005 before Judge Tauro. Court Reporter: Carol Lynn Scott. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/330-1377 or the Clerk's Office. (Scalfani, Deborah) (Entered: 03/02/2005) |
| | | |

| 03/04/2005 | 61 | RESPONSE to Motion re 59 MOTION for Leave to File *Plaintiffs' Post-Argument Supplemental Submission In Opposition To Defendants' Motion to Dismiss* filed by Aeltus Investment Management Inc., ING Funds Distributor, LLC, ING Investments, LLC. (Carnathan, Sean) (Entered: 03/04/2005) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/07/2005 18:19:42 | | |
| **PACER Login:** | kl0004 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:03-cv-12198-JLT |
| **Billable Pages:** | 10 | **Cost:** | 0.80 |