UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE YAMEEN,<br><br>                Plaintiff,<br><br>VS.<br><br>EATON VANCE DISTRIBUTORS, INC.,<br><br>                Defendant, and<br><br>EATON VANCE TAX-MANAGED<br>GROWTH FUND 1.1,<br><br>                Nominal Defendant. | Civil Action No. 03-12437-DPW |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2, Christine E. Morin of Shapiro Haber & Urmy LLP hereby gives notice that she will no longer serve as counsel for Plaintiff in this action. Edward F. Haber & Theodore M. Hess-Mahan of Shapiro Haber & Urmy LLP will continue to represent Plaintiff in this action.

                                                        Respectfully submitted,

                                                        **/s/Christine E. Morin**
                                                        Christine E. Morin BBO #600237
                                                        Shapiro Haber & Urmy LLP
                                                        53 State Street
                                                        Boston, MA 02109
                                                        (617) 439-3939

                                                        Attorneys for Plaintiff

Dated: March 9, 2005