UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE YAMEEN,<br><br>Plaintiff,<br><br>VS.<br><br>EATON VANCE DISTRIBUTORS, INC.,<br><br>Defendant, and<br><br>EATON VANCE TAX-MANAGED GROWTH FUND 1.1,<br><br>Nominal Defendant. | Civil Action No. 03-12437-DPW |

### DECLARATION OF EDWARD F. HABER IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED DERIVATIVE COMPLAINT

I, Edward F. Haber, hereby declare as follows:

1. I am a member of the bar of this Court and a partner of the firm of Shapiro Haber & Urmy LLP. I am counsel for the Plaintiff in this action. I submit this Declaration in Support of Plaintiff's Motion for Leave to File Amended Derivative Complaint.

2. Attached as Exhibit A is a true and accurate copy of a letter I sent to Wm. Shaw McDermott and Jeffrey Maletta of Kirkpatrick & Lockhart, LLP, counsel for the Defendant Eaton Vance Distributors, Inc. ("Distributors"), and Sanford F. Remz, counsel for the Nominal Defendant Eaton Vance Tax-Managed Growth Fund, 1.1, on April 26, 2004.

3. Attached as Exhibit B is a true and accurate copy of a letter I sent to Wm. Shaw McDermott, Sanford F. Remz and Jeffrey Maletta, on May 19, 2004.

4. Attached as Exhibit C is a true and accurate copy of a letter from Amy B. Abbot, of Kirkpatrick & Lockhart, LLP, Distributors' counsel, dated June 1, 2004.

5. Attached as Exhibit D is a true and accurate copy of a letter from Nicholas G. Terris, of Kirkpatrick & Lockhart, sent to Christine E. Morin, a former attorney of Shapiro Haber & Urmy LLP, dated July 2, 2004.

6. Attached as Exhibit E is a true and accurate copy of a letter from Nicholas G. Terris to Christine E. Morin dated July 12, 2004.

7. Attached as Exhibit F is a true and accurate copy of a letter I sent to Nicholas G. Terris on August 9, 2004.

8. Attached as Exhibit G is a true and accurate copy of a letter I sent to Nicholas G. Terris on October 13, 2004, and the enclosed October 12, 2004 letter from Nicholas Terris to me, which was countersigned by me.

9. Attached as Exhibit H is a true and accurate copy of a letter from Jennifer L. Hieb, of Kirkpatrick & Lockhart, LLP, to me dated October 14, 2004.

10. Attached as Exhibit I is true and accurate copy of a letter from Jennifer L. Hieb to Christine E. Morin dated October 25, 2004.

11. Attached as Exhibit J is a true and accurate copy of a letter from Nicholas G. Terris to Christine E. Morin dated December 21, 2004.

12. Attached as Exhibit K is a true and accurate copy of a letter from Christine E. Morin sent to Nicholas G. Terris on January 20, 2005.

13. Attached as Exhibit L is a true and accurate copy of a letter from Nicholas G. Terris to Christine E. Morin dated January 25, 2005.

14. Attached as Exhibit M is a true and accurate copy of a letter from Lara A. Sutherlin, an attorney with Shapiro Haber & Urmy LLP, sent to Nicholas G. Terris on February 3, 2005.

15. Attached as Exhibit N is a true and accurate copy of a letter from Nicholas G. Terris to Lara Sutherlin dated February 9, 2005.

16. Attached as Exhibit O is a true and accurate copy of a letter sent by me to Jeffrey Maletta on February 3, 2005.

I declare on this 18th day of March, 2005, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

/s/Edward F. Haber
Edward F. Haber