# SHAPIRO HABER & URMY LLP

Attorneys at Law

Thomas G. Shapiro
Edward F. Haber
Thomas V. Urmy, Jr.
Michelle H. Blauner
Theodore M. Hess-Mahan
Christine E. Morin
Todd. S. Heyman
Matthew L. Tuccillo

*Counsel*

Lawrence D. Shubow
Alfred J. O'Donovan

E-mail:
ehaber@shulaw.com

April 26, 2004

**VIA FACSIMILE AND FIRST CLASS MAIL**

Wm. Shaw McDermott, Esq.
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA 02109

Sanford F. Remz, Esq.
Yurko & Salvesen PC
One Washington Mall, 11th Fl.
Boston, MA 02108-2603

Re:   Michelle Yameen v. Eaton Vance Distributors Inc., derivatively
      on behalf of Eaton Vance Tax Managed Growth Fund 1.1
      Civil Action No. 03-12437-RCL

Dear Shaw and Sandy:

On April 20, 2004, Judge Lindsay denied the Motion of Defendant Eaton Vance Distributors Inc. for Protective Order to Stay Discovery, in which motion the Eaton Vance Tax-Managed Growth Fund 1.1 (the "Fund") joined.

In light of the Court's denial of the Motion for a Protective Order, all of the documents described in Plaintiff's First Request to Defendants for the Production of Documents, which was served on the Defendant Distributors on February 23, 2004, and upon the Fund on March 2, 2004, must now be produced forthwith.

Please produce copies of all documents described in Plaintiff's First Request for Production of Documents in the possession, custody or control of your clients, by Friday, April 30, 2004. I will, of course, reimburse you for the reasonable costs of copying those documents.

Sincerely,

Edward F. Haber

EFH:dc

cc:   Jeffrey B. Maletta, Esq. (via facsimile and first class mail)