**Kirkpatrick & Lockhart LLP**

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

June 1, 2004

Amy Beth Abbott
617.261.3128
Fax: 617.261.3175
aabbott@kl.com

**By Hand Delivery**

Edward F. Haber, Esq.
Shapiro Haber & Urmy LLP
53 State Street
37th Floor
Boston, MA 02109

Re: Michelle Yameen v. Eaton Vance Distributors, Inc.
and Eaton Vance Tax-Managed Growth Fund 1.1
C.A. No. 03-12437-RCL

Dear Mr. Haber:

Enclosed please find the Response of Defendant Eaton Vance Distributors, Inc. to Plaintiff's Requests for Production of Documents. If you have any questions, please feel free to contact me.

Very truly yours,

Amy B. Abbott

Enclosure