# Kirkpatrick & Lockhart LLP

1800 Massachusetts Avenue, NW
Suite 200
Washington, DC 20036-1221
202.778.9000
www.kl.com

July 2, 2004

Nicholas G. Terris
202.778.9408
Fax: 202.778.9100
nterris@kl.com

**BY FEDERAL EXPRESS**

Christine E. Morin, Esq.
Shapiro Haber & Urmy LLP
Exchange Place
53 State Street
Boston, MA 02109

Re: Michelle Yameen v. Eaton Vance Distributors Inc., derivatively on behalf of Eaton Vance Tax Managed Growth Fund 1.1
Civil Action No. 03-12437-RCL

Dear Christine:

In response to plaintiff's request for the production of documents in the above referenced matter, please find enclosed our initial production of documents, Bates numbered EVD/Y 0001 through EVD/Y 01443 for ease of reference. We have withheld the following documents as privileged: EVD/Y 0006-0011, EVD/Y 0429-0434, EVD/Y 0782-0787 and EVD/Y 1124-1133. We will supplement this production on a rolling basis as we receive more documents that are responsive to plaintiff's request.

Please do not hesitate to call me at (202) 778-9408 if you have any questions or concerns.

Sincerely,

Nicholas G. Terris

NGT/djs

Enclosures

DC-650604 v1 0302234-0231