**Kirkpatrick & Lockhart LLP**

1800 Massachusetts Avenue, NW
Suite 200
Washington, DC 20036-1221
202.778.9000
www.kl.com

July 12, 2004

Nicholas G. Terris
202.778.9408
Fax: 202.778.9100
nterris@kl.com

**BY FEDERAL EXPRESS**

Christine E. Morin, Esq.
Shapiro Haber & Urmy LLP
Exchange Place
53 State Street
Boston, MA 02109

Re:  Michelle Yameen v. Eaton Vance Distributors Inc., derivatively
on behalf of Eaton Vance Tax Managed Growth Fund 1.1
Civil Action No. 03-12437-RCL

Dear Christine:

Please find enclosed our supplemental production of documents, Bates numbered EVD/Y 1144 through EVD/Y 5574. We have withheld the following documents as privileged: EVD/Y 2846-2851, EVD/Y 3279, EVD/Y 3428-3433, EVD/Y 3820-3825, EVD/Y 4240-4245, EVD/Y 4621-4626, EVD/Y 4954-4963 and EVD/Y 5276-5288. We will continue to supplement this production on a rolling basis as we receive more documents that are responsive to plaintiff's request.

Please do not hesitate to call me at (202) 778-9408 if you have any questions or concerns.

Sincerely,

Nicholas G. Terris

NGT/djs

Enclosures