# SHAPIRO HABER & URMY LLP

Attorneys at Law

Thomas G. Shapiro
Edward F. Haber
Thomas V. Urmy, Jr.
Michelle H. Blauner
Theodore M. Hess-Mahan
Christine E. Morin
Todd. S. Heyman
Matthew L. Tuccillo

*Counsel*

Lawrence D. Shubow
Alfred J. O'Donovan

E-mail:
ehaber@shulaw.com

October 13, 2004

**By Facsimile and U.S. Mail**

Nicholas Terris, Esq.
Kirkpatrick & Lockhart LLP
1800 Massachusetts Ave., NW
Second Floor
Washington, D.C. 20036-1800

Re:   *Michelle Yameen v. Eaton Vance Distributors Inc., derivatively on behalf of Eaton Vance Tax Managed Growth Fund 1.1*
      Civil Action No. 03-12437-RCL

Dear Nicholas:

I enclose an executed original of our letter agreement dated October 12, 2004 concerning Defendant's production of certain documents, which are identified in my letter to you dated August 9, 2004 as the Goodwin Proctor Memoranda.

We ask that you please produce the Goodwin Proctor Memoranda to us no later than Friday, October 15, 2004.

Sincerely,

Edward F. Haber

cc:  Sanford F. Remz, Esq.
     (By facsimile and U.S. Mail)

# Kirkpatrick & Lockhart LLP

1800 Massachusetts Avenue, NW
Suite 200
Washington, DC 20036-1221
202.778.9000
www.kl.com

Nicholas G. Terris
202.778.9408
Fax: 202.778.9100
nterris@kl.com

October 12, 2004

<u>VIA FACSIMILE</u>

Edward F. Haber, Esq.
Shapiro Haber & Urmy LLP
Exchange Place
53 State Street
Boston, MA 02109

Re:   <u>Yameen Privilege Issue</u>

Dear Ed:

This is to memorialize our discussions regarding production of certain Goodwin Procter memoranda referenced in your letter dated August 9, 2004.

Without taking any position regarding whether these memoranda were privileged to begin with, Defendant Eaton Vance Distributors, Inc. will produce these documents, subject to the terms and conditions of the protective order entered in this case. You have agreed that the production will not constitute a subject matter waiver of any privilege that otherwise may apply to these documents.

Accepted and agreed,

*/s/ Edward F. Haber/*

Edward F. Haber, Esq.
Shapiro Haber & Urmy LLP
Exchange Place
53 State Street
Boston, MA 02109

Sincerely,

*/s/ Nicholas G. Terris/*

Nicholas G. Terris

NGT/djs

DC-671880 v1 0302234-0231

BOSTON ■ DALLAS ■ HARRISBURG ■ LOS ANGELES ■ MIAMI ■ NEWARK ■ NEW YORK ■ PITTSBURGH ■ SAN FRANCISCO ■ WASHINGTON