**Kirkpatrick & Lockhart LLP**

1800 Massachusetts Avenue, NW
Suite 200
Washington, DC 20036-1221
202.778.9000
www.kl.com

October 14, 2004

Jennifer L. Hieb
202.778.9429
Fax: 202.778.9100
jhieb@kl.com

**BY FEDERAL EXPRESS**

Edward F. Haber, Esq.
Shapiro Haber & Urmy LLP
Exchange Place
53 State Street
Boston, MA 02109

Re:  Michelle Yameen v. Eaton Vance Distributors Inc., derivatively
on behalf of Eaton Vance Tax Managed Growth Fund 1.1
Civil Action No. 03-12437-RCL

Dear Ed:

Please find enclosed the Goodwin Proctor memoranda we have discussed. Do not hesitate to call me at (202) 778-9429 if you have any questions or concerns.

Sincerely,

Jennifer L. Hieb

Enclosures