**Kirkpatrick & Lockhart LLP**

1800 Massachusetts Avenue, NW
Suite 200
Washington, DC 20036-1221
202.778.9000
www.kl.com

October 25, 2004

Jennifer L. Hieb
202.778.9429
Fax: 202.778.9100
Jhieb@kl.com

**BY FEDERAL EXPRESS**

Christine E. Morin, Esq.
Shapiro Haber & Urmy LLP
Exchange Place
53 State Street
Boston, MA  02109

     Re:    Michelle Yameen v. Eaton Vance Distributors Inc., derivatively
             on behalf of Eaton Vance Tax Managed Growth Fund 1.1
             Civil Action No. 03-12437-RCL

Dear Christine:

     Please find enclosed our supplemental production of documents, Bates numbered EVD/Y 05575 through EVD/Y 07938.  We have not withheld any documents as privileged.  We will continue to supplement this production on a rolling basis as we receive more documents that are responsive to plaintiff's request.

     Please do not hesitate to call me at (202) 778-9429 if you have any questions or concerns.

             Sincerely,

             Jennifer L. Hieb

Enclosures