**Kirkpatrick & Lockhart LLP**

1800 Massachusetts Avenue, NW
Suite 200
Washington, DC 20036-1221
202.778.9000
www.kl.com

December 21, 2004

Nicholas G. Terris
202.778.9408
Fax: 202.778.9100
nterris@kl.com

**BY FEDERAL EXPRESS**

Christine E. Morin, Esq.
Shapiro Haber & Urmy LLP
Exchange Place
53 State Street
Boston, MA 02109

Re: Michelle Yameen v. Eaton Vance Distributors Inc., derivatively on behalf of Eaton Vance Tax Managed Growth Fund 1.1
Civil Action No. 03-12437-RCL

Dear Christine:

Please find enclosed our supplemental production of documents, Bates numbered EVD/Y 07939 through EVD/Y 09640. We have withheld certain Goodwin Proctor memoranda as privileged, but will provide them separately upon receipt of your written confirmation that they will be treated in accordance of our letter agreement dated October 12, 2004. Please provide this confirmation at your earliest convenience.

Should you have any questions, please do not hesitate to call me at (202) 778-9408.

Sincerely,

Nicholas G. Terris

Enclosures

DC-681134 v1 0302234-0231