# SHAPIRO HABER & URMY LLP

*Attorneys at Law*

Thomas G. Shapiro
Edward F. Haber
Thomas V. Urmy, Jr.
Michelle H. Blauner
Theodore M. Hess-Mahan
Christine E. Morin
Todd. S. Heyman
Matthew L. Tuccillo
Lara A. Sutherlin

*Counsel*

Lawrence D. Shubow
Alfred J. O'Donovan

E-mail:
cmorin@shulaw.com

January 20, 2005

**By Facsimile and U.S. Mail**

Nicholas Terris, Esq.
Kirkpatrick & Lockhart LLP
1800 Massachusetts Ave., NW
Second Floor
Washington, D.C. 20036-1800

Re:   *Michelle Yameen v. Eaton Vance Distributors Inc.*, *derivatively on behalf of Eaton Vance Tax Managed Growth Fund 1.1*
Civil Action No. 03-12437-RCL

Dear Nicholas:

Please allow this letter to confirm, in response to your letter dated December 21, 2004, that we will treat the withheld Goodwin Proctor memoranda referred to therein in accordance with the parties' letter agreement dated October 12, 2004.

We ask that you please produce the Goodwin Proctor memoranda to us by Wednesday, January 26, 2005.

Very truly yours,

*Christine E. Morin*

Christine E. Morin

cc:   Sanford F. Remz, Esq.
      (By facsimile and U.S. Mail)