

**Kirkpatrick & Lockhart Nicholson Graham LLP**

1800 Massachusetts Avenue, N.W.
Suite 200
Washington, DC  20036-1221
202.778.9000
Fax 202.778.9100
www.klng.com

Nicholas G. Terris
202.778.9408
Fax:  202.778.9100
nterris@klng.com

January 25, 2005

**BY FEDERAL EXPRESS**

Christine E. Morin, Esq.
Shapiro Haber & Urmy LLP
Exchange Place
53 State Street
Boston, MA  02109

    Re:    Michelle Yameen v. Eaton Vance Distributors Inc., derivatively
             on behalf of Eaton Vance Tax Managed Growth Fund 1.1
             <u>Civil Action No. 03-12437-RCL</u>

Dear Christine:

    Please find enclosed the Goodwin Proctor memorandum we have discussed.  Do not hesitate to call me at (202) 778-9408 if you have any questions or concerns.

                            Sincerely,

                            Nicholas G. Terris

Enclosures

DC-690944 v1

BOSTON ▪ DALLAS ▪ HARRISBURG ▪ LOS ANGELES ▪ MIAMI ▪ NEWARK ▪ NEW YORK ▪ PITTSBURGH ▪ SAN FRANCISCO ▪ WASHINGTON