# SHAPIRO HABER & URMY LLP

Attorneys at Law

Thomas G. Shapiro
Edward F. Haber
Thomas V. Urmy, Jr.
Michelle H. Blauner
Theodore M. Hess-Mahan
Christine E. Morin
Todd. S. Heyman
Matthew L. Tuccillo
Lara A. Sutherlin

*Counsel*

Lawrence D. Shubow
Alfred J. O'Donovan

E-mail:
lsutherlin@shulaw.com

February 3, 2005

**By Facsimile and U.S. Mail**

Nicholas Terris, Esq.
Kirkpatrick & Lockhart LLP
1800 Massachusetts Ave., NW
Second Floor
Washington, D.C. 20036-1800

Re:   *Michelle Yameen v. Eaton Vance Distributors Inc., derivatively on behalf of Eaton Vance Tax Managed Growth Fund 1.1*
      Civil Action No. 03-12437-RCL

Dear Nicholas:

    This letter is to confirm our conversation of today regarding the production of the Minutes of the Joint Session of the Board of Trustees Meeting of April 2004. You indicated that those documents will be produced no later than Wednesday, February 9, 2005. In the event you cannot produce the documents then, you indicated you would contact me prior to or on that date to explain. However, as you are aware, those documents should have been produced some time ago, and as such, I know you plan to get them to us as soon as practicable.

    If I have misunderstood or misrepresented our conversation, please let me know. Otherwise, I will expect to receive those documents next Wednesday as discussed.

Sincerely,

Lara A. Sutherlin

cc:  Sanford F. Remz, Esq.
    (By facsimile and U.S. Mail)