

**Kirkpatrick & Lockhart Nicholson Graham LLP**

1800 Massachusetts Avenue, N.W.
Suite 200
Washington, DC 20036-1221
202.778.9000
Fax 202.778.9100
www.klng.com

Nicholas G. Terris
202.778.9408
Fax: 202.778.9100
nterris@klng.com

February 9, 2005

**Via Facsimile (617) 439-0134 &
Federal Express**

Lara A. Sutherlin, Esq.
Shapiro Haber & Urmy LLP
Exchange Place
53 State Street
Boston, MA 02109

Re: Michelle Yameen v. Eaton Vance Distributors Inc., derivatively
on behalf of Eaton Vance Tax Managed Growth Fund 1.1
Civil Action No. 03-12437-RCL

Dear Lara:

Although we do not agree with some of the statements and characterizations in your letter dated February 3, 2005, enclosed is a copy of the portion of the April 2004 board minutes pertaining to the Fund's Rule 12b-1 plan, Bates numbered EVD/Y 09641 through EVD/Y 09678.

Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 778-9408.

Sincerely,

Nicholas G. Terris

NGT

Enclosure

DC-694080 v2
BOSTON • DALLAS • HARRISBURG • LONDON • LOS ANGELES • MIAMI • NEWARK • NEW YORK • PITTSBURGH • SAN FRANCISCO • WASHINGTON