# SHAPIRO HABER & URMY LLP

Attorneys at Law

Thomas G. Shapiro
Edward F. Haber
Thomas V. Urmy, Jr.
Michelle H. Blauner
Theodore M. Hess-Mahan
Todd. S. Heyman
Matthew L. Tuccillo
Lara A. Sutherlin

*Counsel*

Lawrence D. Shubow
Alfred J. O'Donovan

E-mail:
ehaber@shulaw.com

February 3, 2005

**VIA OVERNIGHT DELIVERY AND E-MAIL**

Jeffrey B. Maletta, Esq.
Kirkpatrick & Lockhart LLP
1800 Massachusetts Avenue, NW
Washington, D.C. 20036-1800

Re:  *Michelle Yameen v. Eaton Vance Distributors, Inc.*
     Civil Action No. 03-12437-RCL

Dear Jeff:

Enclosed please find the Amended Derivative Complaint which the Plaintiff will be filing in the above-referenced action. The Amended Derivative Complaint includes information derived from documents produced by the Defendant Eaton Vance Distributors, Inc. ("EV Distributors"), which documents have been designated "Confidential" by EV Distributors, pursuant to the Protective Order entered in this action. Accordingly, I hereby give you notice, pursuant to ¶7 of the Protective Order, of our intention to file the Amended Derivative Complaint on February 15, 2005, unless EV Distributors has prior thereto filed a Local Rule 7.2 motion pursuant to ¶7 of the Protective Order.

I would note that EV Distributors has designated every document it has produced to the Plaintiff in this action as "Confidential." That is inconsistent with both the letter and the spirit of the provision of the Protective Order which requires that: "The Disclosing Party shall use due care in deciding whether to label Information as Confidential." Protective Order at ¶4. We do not believe that any of the information contained in the Amended Derivative Complaint is the type of information that should be filed under seal. Of course, if there are particular paragraphs of the Amended Derivative Complaint that contain information that you believe require filing under seal, we would be open to discussing an

SHAPIRO HABER & URMY LLP

Jeffrey B. Maletta, Esq.
February 3, 2005

Page 2


assented-to Local Rule 7.2 motion regarding such specified, limited paragraphs of the
Amended Derivative Complaint.

Sincerely,

Edward F. Haber

EFH:lg

Enclosure

cc:    W. Shaw McDermott, Esq. (w/Enc.)
       Sanford Remz, Esq.  (w/Enc.)