UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE YAMEEN, derivatively on behalf of the Eaton Vance Tax-Managed Growth Fund 1.1,<br><br>Plaintiff,<br><br>VS.<br><br>EATON VANCE DISTRIBUTORS, INC., JAMES B. HAWKES, SAMUEL L. HAYES, NORTON H. REAMER, LYNN A. STOUT, WILLIAM H. PARK, RONALD A. PEARLMAN, JESSICA M. BIBLIOWICZ, JACK L. TREYNOR, and DONALD R. DWIGHT,<br><br>Defendants, and<br><br>EATON VANCE TAX-MANAGED GROWTH FUND 1.1,<br><br>Nominal Defendant. | Civil Action No. 03-CV-12437 DPW<br><br>JURY TRIAL DEMANDED |

**STIPULATION REGARDING SERVICE OF PROCESS AND
JOINT PROPOSED SCHEDULE**

Now come Plaintiffs and the Defendants in the above-referenced action and, they hereby stipulate through their counsel as follows:

1.  The Amended Derivative Complaint (the "Complaint"), which was filed in this action on February 18, 2005, added as Defendants in this action James B. Hawkes, Samuel L. Hayes, Norton H. Reamer, Lynn A. Stout, William H. Park, Ronald A. Pearlman, Jessica M. Bibliowicz, Jack L. Treynor, and Donald R. Dwight (the "Individual Defendants"). It is hereby stipulated and agreed that good and sufficient service of the Complaint and Summons have been made upon all of the Individual Defendants as of May 4, 2005.

2.  It is further stipulated and agreed among all of the Plaintiffs and all of the Defendants in this action, subject to the approval of the Court, that all of the Defendants shall have until June 30, 2005 to move, answer, or otherwise respond to the Complaint. Furthermore, if Motions to Dismiss are filed by any of the Defendants, Plaintiff shall have until August 15, 2005 to file their oppositions to those motions and the Defendants shall have until September 14, 2005, to file any reply memoranda.

Dated:    May 12, 2005

SO STIPULATED:

By the Attorneys for the Plaintiffs,

 /s/Edward F. Haber
Edward F. Haber BBO No. 215620
Lara Sutherlin BBO No. 651267
Theodore Hess-Mahan
BBO No. 557109
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109
(617) 439-3939


By the Attorneys for the Defendants,
Eaton Vance Distributors, Inc., and James B. Hawkes


 /s/Nicholas Terris
Jeffrey B. Maletta
Nicholas Terris
Kirkpatrick & Lockhart Nicholson Graham LLP
1800 Massachusetts Avenue, NW
Second Floor
Washington, D.C. 20036
(202) 778-9062

**AND:**

/s/Gregory R. Yourman
Wm. Shaw McDermott BBO No. 330860
Gregory R. Youman, BBO No. 648721
Kirkpatrick & Lockhart Nicholson Graham LLP
75 State Street
Boston, MA 02109
(617) 261-3100


Attorneys for Defendants Donald R. Dwight, Samuel L. Hayes, William H. Park, Ronald A. Pearlman, Norton H. Reamer, Lynn A. Stout, and Jack L. Treynor


/s/Stuart M. Glass
James S. Dittmar BBO No. 126320
Stuart M. Glass BBO No. 641466
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
Tel. (617) 570-1000
Fax (617) 523-1231


Attorneys for Defendant Jessica M. Bibliowicz


/s/George Skelly
George Skelly
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110


Attorneys For Nominal Defendant, Eaton Vance Tax-Managed Growth Fund 1.1,


/s/Sanford F. Remz
Sanford F. Remz
Matthew C. Welnicki BBO No. 647104
Yurko & Salvesen PC
One Washington Mall, 11th Fl.
Boston, MA 02108-2603

3

**SO ORDERED:**

_____
Douglas P. Woodlock
United States District Judge

Case 1:03-cv-12437-DPW    Document 62    Filed 05/12/2005    Page 4 of 4