# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE YAMEEN, derivatively on behalf of the Eaton Vance Tax-Managed Growth Fund 1.1,<br><br>    Plaintiff,<br><br>            v.<br><br>EATON VANCE DISTRIBUTORS, INC., JAMES B. HAWKES, SAMUEL L. HAYES, NORTON H. REAMER, LYNN A. STOUT, WILLIAM H. PARK, RONALD A. PEARLMAN, JESSICA M. BIBLIOWICZ, JACK L. TREYNOR, and DONALD R. DWIGHT,<br><br>    Defendants, and<br><br>EATON VANCE TAX-MANAGED GROWTH FUND 1.1,<br><br>    Nominal Defendant. | Civil Action No. 03-CV-12437 DPW |

## NOTICE OF APPEARANCE OF JAMES S. DITTMAR

Pursuant to Local Rule 83.5.2(a), please enter an appearance for James S. Dittmar in the above-captioned matter on behalf of defendants Donald R. Dwight, Samuel L. Hayes, William H. Park, Ronald A. Pearlman, Norton H. Reamer, Lynn A. Stout, and Jack L. Treynor.

Respectfully submitted,

/s/ James S. Dittmar
James S. Dittmar (BBO# 126320)
Stuart M. Glass (BBO# 641466)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
Tel. (617) 570-1000

*Attorneys for Defendants Donald R. Dwight, Samuel L. Hayes, William H. Park, Ronald A. Pearlman, Norton H. Reamer, Lynn A. Stout, and Jack L. Treynor*