UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE YAMEEN, derivatively on behalf of the Eaton Vance Tax-Managed Growth Fund 1.1,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>EATON VANCE DISTRIBUTORS, INC., JAMES B. HAWKES, SAMUEL L. HAYES, NORTON H. REAMER, LYNN A. STOUT, WILLIAM H. PARK, RONALD A. PEARLMAN, JESSICA M. BIBLIOWICZ, JACK L. TRAYNOR, and DONALD R. DWIGHT,<br><br>　　Defendants, and<br><br>EATON VANCE TAX-MANAGED FUND 1.1,<br><br>　　Nominal Defendant. | Civil Action No. 03-CV-12437 DPW |

## NOTICE OF APPEARANCE OF ANDREW J. HACHEY

Pursuant to Local Rule 83.5.2(a), please enter an appearance for Andrew J. Hachey in the above-captioned matter on behalf of Defendant Jessica M. Bibliowicz.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Andrew J. Hachey
　　　　　　　　　　　　　　　　　　George J. Skelly (BBO # 546797)
　　　　　　　　　　　　　　　　　　Andrew J. Hachey (BBO # 567183)
　　　　　　　　　　　　　　　　　　NIXON PEABODY LLP
　　　　　　　　　　　　　　　　　　100 Summer Street
　　　　　　　　　　　　　　　　　　Boston, MA  02110-2131
　　　　　　　　　　　　　　　　　　(617) 345-1000

Dated:  May 19, 2005　　　　　　　　　*Attorneys for Defendant Jessica M. Bibliowicz*