UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELLE YAMEEN,

            Plaintiff,

v.

EATON VANCE DISTRIBUTORS, INC.,
            Defendant, and

EATON VANCE TAX-MANAGED GROWTH
FUND 1.1,
            Nominal Defendant.

C. A. No. 03-12437-RCL

**NOTICE OF WITHDRAWAL OF APPEARANCE**

     Pursuant to Local Rule 83.5.2, Lara A. Sutherlin of Shapiro Haber & Urmy LLP hereby gives notice that she will no longer serve as counsel for Plaintiff in this action. Theodore M. Hess-Mahan of Shapiro Haber & Urmy LLP will continue to represent Plaintiff in this action.

                              Respectfully submitted,

                              **/s/Lara S. Sutherlin**
                              Lara A. Sutherlin, BBO #651267
                              Shapiro Haber & Urmy LLP
                              53 State Street
                              Boston, MA 02109
                              (617) 439-3939

                              Attorneys for Plaintiff

Dated: June 24, 2005