UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE YAMEEN, derivatively on behalf of the Eaton Vance Tax-Managed Growth Fund 1.1,<br><br>    Plaintiff,<br><br>    v.<br><br>EATON VANCE DISTRIBUTORS, INC., JAMES B. HAWKES, SAMUEL L. HAYES, NORTON H. REAMER, LYNN A. STOUT, WILLIAM H. PARK, RONALD A. PEARLMAN, JESSICA M. BIBLIOWICZ, JACK L. TRAYNOR, and DONALD R. DWIGHT,<br><br>    Defendants, and<br><br>EATON VANCE TAX-MANAGED FUND 1.1,<br><br>    Nominal Defendant. | Civil Action No. 03-CV-12437 DPW |

## NOTICE OF APPEARANCE OF GEORGE J. SKELLY

Pursuant to Local Rule 83.5.2(a), please enter an appearance for George J. Skelly in the above-captioned matter on behalf of Defendant Jessica M. Bibliowicz.

    Respectfully submitted,

    /s/ George J. Skelly
    George J. Skelly (BBO # 546797)
    Andrew J. Hachey (BBO # 567183)
    NIXON PEABODY LLP
    100 Summer Street
    Boston, MA  02110-2131
    (617) 345-1000

Dated:  June 27, 2005        *Attorneys for Defendant Jessica M. Bibliowicz*