UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHELLE YAMEEN, derivatively on behalf of the Eaton Vance Tax-Managed Growth Fund 1.1,<br><br>    Plaintiff,<br><br>v.<br><br>EATON VANCE DISTRIBUTORS, INC., JAMES B. HAWKES, SAMUEL L. HAYES, NORTON H. REAMER, LYNN A. STOUT, WILLIAM H. PARK, RONALD A. PEARLMAN, JESSICA M. BIBLIOWICZ, JACK L. TREYNOR, and DONALD R. DWIGHT,<br><br>    Defendants, and<br><br>EATON VANCE TAX-MANAGED GROWTH FUND 1.1,<br><br>    Nominal Defendant. | CIVIL ACTION<br>NO. 03-12437-DPW |

**NOMINAL DEFENDANT'S MOTION TO DISMISS
COUNTS II AND III OF THE AMENDED COMPLAINT**

The Nominal Defendant, Eaton Vance Tax-Managed Growth Fund 1.1 (the "Fund"), hereby moves to dismiss Counts II and III of the Amended Complaint. As grounds for this Motion, which are set forth in more detail in the accompanying Memorandum of Law, the Fund states that (1) Plaintiff has not made demand on the Fund prior to bringing these derivative claims, as required by Mass. Gen. Laws. ch. 156D, § 7.42; (2) in the alternative, Plaintiff has not alleged with the requisite degree of particularity the reasons why demand upon the Fund is excused, Rule 23.1, Fed. R. Civ. P, Mass. R. Civ. P.; and (3) Plaintiff has not brought these derivative claims by way of verified complaint. Rule 23.1, Fed. R. Civ. P., Mass. R. Civ. P.

WHEREFORE, the Fund respectfully requests that this Court dismiss Counts II and III of Plaintiff's Amended Complaint.

**REQUEST FOR ORAL ARGUMENT**

The Fund requests oral argument on the above Motion.

Respectfully submitted,

EATON VANCE TAX MANAGED GROWTH FUND 1.1,

By its attorneys,

s/Matthew C. Welnicki/
_____
Sanford F. Remz (BBO #549198)
Matthew C. Welnicki (BBO #647104)
YURKO & SALVESEN, PC
One Washington Mall, 11th Floor
Boston, MA 02108-2603
(617) 723-6900

Dated: June 30, 2005

LOCAL RULE 7.1 CERTIFICATION

    The undersigned hereby certifies that counsel for all parties have discussed the filing of the above Motion in an effort to resolve or narrow the relevant issues. Such discussions include those in advance of and at a Scheduling Conference before this Court on or about May 24, 2005.

                                s/Matthew C. Welnicki/
                                _____

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that he has caused copies of the above Motion and accompanying Memorandum of Law to be served upon each other counsel of record by way of the Electronic Case Filing System pursuant to this Court's Scheduling Order dated May 31, 2005. The undersigned has also filed courtesy copies of the above Motion and Memorandum as requested by the Court.

                                s/Matthew C. Welnicki/
                                _____