UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELLE YAMEEN,

        Plaintiff,

   v.

EATON VANCE DISTRIBUTORS, INC., *et al.*,

        Defendants, and

EATON VANCE TAX-MANAGED
GROWTH FUND 1.1.,

        Nominal Defendant.

Civil Action No. 03-12437-DPW

## MOTION OF EATON VANCE DISTRIBUTORS, INC.
## TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Eaton Vance Distributors, Inc. ("Distributors") hereby moves to dismiss the Amended Derivative Complaint in this action or, in the alternative, for summary judgment on the claims made against it in the Amended Derivative Complaint.

In support of its Motion, Distributors relies on the accompanying memorandum, Statement of Material Facts Not In Dispute, the Declaration of James L. O'Connor, and the Appendix of Additional Legal Materials.

- 2 -

        Respectfully submitted,

        <u>/s/ Gregory R. Youman</u>
        Wm. Shaw McDermott (BBO #330860)
        Aimée E. Bierman (BBO #640385)
        Gregory R. Youman (BBO #648721)
        KIRKPATRICK & LOCKHART
        NICHOLSON GRAHAM LLP
        75 State Street
        Boston, MA  02109-1808
        (617) 261-3100

        Jeffrey B. Maletta, Esq.
        Nicholas G. Terris, Esq.
        KIRKPATRICK & LOCKHART
        NICHOLSON GRAHAM LLP
        1800 Massachusetts Avenue, N.W.
        Washington, D.C.  20036
        (202) 778-9000

        *Attorneys for Defendant*
        *Eaton Vance Distributors, Inc.*

Date:  June 30, 2005