UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELLE YAMEEN,

        Plaintiff,

v.

EATON VANCE DISTRIBUTORS, INC.,

        Defendant, and

EATON VANCE TAX-MANAGED
GROWTH FUND 1.1,

        Nominal Defendant.

Civil Action No. 03-12437-DPW

## DECLARATION OF JAMES L. O'CONNOR

James L. O'Connor states as follows:

1. I am Vice President of Eaton Vance Distributors, Inc. ("Distributors") and Treasurer of Eaton Vance Mutual Funds Trust ("Trust"). I am making this Declaration in support of Distributors' Motion to Dismiss or, in the Alternative, for Summary Judgment.

2. Eaton Vance Tax-Managed Growth Fund 1.1 (the "Fund") is an open-end management investment company, or mutual fund, and a series of the Trust. The Fund was "closed" to new investors on March 1, 2001, in that it stopped sales of shares to persons who were not existing shareholders. The Fund has continued to sell shares to current shareholders.

3. Distributors serves as the Trust's principal underwriter pursuant to an Amended and Restated Distribution Agreement effective as of June 16, 2003 ("Distribution Agreement"). A true and correct copy of the Distribution Agreement is attached hereto as Exhibit A.

-2-

4.      The Distribution Agreement governs the distribution of Fund shares, including Class A, Class B and Class C shares, which are principally sold through broker-dealers or other financial institutions. The Trust's Board of Trustees has approved the Distribution Agreement.

5.      The Fund has adopted a Class B Distribution Plan and a Class C Distribution Plan and a Class A Service Plan. True and correct copies of these Plans are attached as Exhibits B, C, and D, respectively. The Trust's Board of Trustees has approved the Class B Distribution Plan, the Class C Distribution Plan, and the Class A Service Plan.

6.      As explained in the Fund's Prospectus, purchasers of Class A shares of the Fund pay a sales charge or "front-end load" calculated as a percentage of the purchase price. The front-end load is paid to Distributors, which uses it to pay commissions to the selling broker-dealer and other distribution expenses.

7.      Purchasers of Class B and Class C shares do not pay front-end loads. Commissions to selling broker-dealers and other expenses incurred in connection with the distribution of Class B and Class C shares are paid by Distributors. The Fund does not impose any front-end load on reinvested dividends or distributions. A contingent deferred sales charge may be assessed on redemption of Class B and Class C shares.

8.      Pursuant to the Distribution Agreement, the Fund has agreed to pay Distributors a commission of 5% and 6.25% on each sale of Class B and Class C shares, respectively, plus interest on outstanding amounts. Distribution Agreement (Exhibit A) ¶ 5(c). That commission and interest component are paid through the accrual of an amount equal to .75% per annum of the net asset value of the Fund's Class B and C shares. The fee is calculated daily and paid monthly. Distribution Agreement (Exhibit A) ¶ 5(d).

9. Under Paragraph 5(c) of the Distribution Agreement, the Fund may make such payments to Distributors only after and as a result of the sale of Fund shares. Distribution Agreement (Exhibit A) ¶ 5(c).

10. The amounts that are due and payable to Distributors are referred to as "uncovered distribution charges" and are tracked by share class on a daily basis by the Fund administrator. Distribution Agreement (Exhibit A) ¶ 5(d).

11. Pursuant to the Distribution Agreement (Exhibit A) ¶ 5(d), the Class B Distribution Plan (Exhibit B) ¶ 3 and the Class C Distribution Plan (Exhibit C) ¶ 3, each Class of shares makes monthly payments to Distributors until the amount of uncovered distribution charges for that Class reaches zero, at which time the 75 basis point distribution fee for that Class is no longer accrued or paid by that Class.

12. Also pursuant to the Distribution Agreement (Exhibit A) ¶ 5(i) and the Class B Distribution Plan (Exhibit B) ¶¶ 5, 15, the Class C Distribution Plan (Exhibit C) ¶¶ 5, 15, and the Class A Service Plan (Exhibit D) ¶¶ 1, 11, in addition to the distribution fees described above, a service fee at an annual rate of .25% of net assets is paid out of the assets of Class A, B, and C shares. As stated in the Plans for these respective share classes, such payments are limited to service fees as defined in subsections (b) and (d) of Rule 2830. Class A Distribution Plan (Exhibit B) ¶¶ 5, 15; Class C Distribution Plan (Exhibit C) ¶¶ 5, 15; Class A Service Plan (Exhibit D) ¶¶ 1, 11. Accordingly, the payments are made either directly to brokers providing personal services to current Fund shareholders or to Distributors, which in turn pays such brokers for such services.

I state under penalties of perjury that the foregoing is true and correct.

Dated: June 28, 2005

_____
James L. O'Connor