UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE YAMEEN,<br><br>        Plaintiff,<br><br>    v.<br><br>EATON VANCE DISTRIBUTORS, INC. *et al.*,<br><br>        Defendants, and<br><br>EATON VANCE TAX-MANAGED<br>GROWTH FUND 1.1.,<br><br>        Nominal Defendant. | Civil Action No. 03-12437-DPW |

**APPENDIX OF ADDITIONAL LEGAL MATERIALS IN SUPPORT OF MOTION OF DEFENDANT EATON VANCE DISTRIBUTORS, INC. TO DISMISS OR, IN THE <u>ALTERNATIVE, FOR SUMMARY JUDGMENT</u>**

                      Respectfully submitted,

                      /s/ Gregory R. Youman
                      Wm. Shaw McDermott (BBO #330860)
                      Aimée E. Bierman (BBO #640385)
                      Gregory R. Youman (BBO #648721)
                      KIRKPATRICK & LOCKHART
                      NICHOLSON GRAHAM LLP
                      75 State Street
                      Boston, MA  02109-1808
                      (617) 261-3100

                      Jeffrey B. Maletta, Esq.
                      Nicholas G. Terris, Esq.
                      KIRKPATRICK & LOCKHART
                      NICHOLSON GRAHAM LLP
                      1800 Massachusetts Avenue, N.W.
                      Washington, D.C.  20036
                      (202) 778-9000

                      *Attorneys for Defendant*
                      *Eaton Vance Distributors, Inc.*

Date:  June 30, 2005

BOS-876249 v1 0302234-0231