UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE YAMEEN, derivatively on behalf of the Eaton Vance Tax-Managed Growth Fund 1.1,<br><br>    Plaintiff,<br><br>    v.<br><br>EATON VANCE DISTRIBUTORS, INC., JAMES B. HAWKES, SAMUEL L. HAYES, NORTON H. REAMER, LYNN A. STOUT, WILLIAM H. PARK, RONALD A. PEARLMAN, JESSICA M. BIBLIOWICZ, JACK L. TRAYNOR, and DONALD R. DWIGHT,<br><br>    Defendants, and<br><br>EATON VANCE TAX-MANAGED FUND 1.1,<br><br>    Nominal Defendant. | Civil Action No. 03-CV-12437 DPW |

**DEFENDANT JESSICA M. BIBLIOWICZ' MOTION
TO DISMISS PLAINTIFF'S AMENDED DERIVATIVE COMPLAINT**

Defendant Jessica M. Bibliowicz ("Ms. Bibliowicz") hereby respectfully moves pursuant to Fed. R. Civ. P. 12(b)(6) for this Court to issue an order dismissing each of the claims asserted against her in the Amended Derivative Complaint filed in this action.

In support of this motion, Ms. Bibliowicz states as follows: Each of the arguments raised by the Independent Trustee Defendants in their Memorandum of Law in Support of their Motion to Dismiss Plaintiff's Amended Derivative Complaint ("Independent Trustees Memorandum") applies equally to with respect Ms. Bibliowicz. Therefore, rather than restating those arguments, Ms. Bibliowicz adopts each of the points and arguments made in the Independent Trustees

Memorandum in its entirety and incorporates it as if fully set forth in a separate memorandum accompanying this motion.

WHEREFORE, Defendant Jessica M. Bibliowicz respectfully requests that this Court grant this Motion to Dismiss Plaintiff's Amended Derivative Complaint by entering an Order in the form attached hereto, and any other relief this Court deems just.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel certifies that he has conferred in good faith with counsel for the plaintiff in an attempt to resolve or narrow the issues presented in this motion. Counsel for the plaintiff stated that plaintiff would oppose this Motion.

## REQUEST FOR ORAL ARGUMENT

Defendant Jessica M. Bibliowicz hereby respectfully requests oral argument for this motion.

Respectfully submitted,

/s/ Andrew J. Hachey
George J. Skelly (BBO # 546797)
Andrew J. Hachey (BBO # 567183)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000

Dated: June 30, 2005         *Attorneys for Defendant Jessica M. Bibliowicz*