# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE YAMEEN, derivatively on behalf of the Eaton Vance Tax-Managed Growth Fund 1.1,<br><br>    Plaintiff,<br><br>    v.<br><br>EATON VANCE DISTRIBUTORS, INC., JAMES B. HAWKES, SAMUEL L. HAYES, NORTON H. REAMER, LYNN A. STOUT, WILLIAM H. PARK, RONALD A. PEARLMAN, JESSICA M. BIBLIOWICZ, JACK L. TRAYNOR, and DONALD R. DWIGHT,<br><br>    Defendants, and<br><br>EATON VANCE TAX-MANAGED FUND 1.1,<br><br>    Nominal Defendant. | Civil Action No. 03-CV-12437 DPW |

## [Proposed] ORDER

AND NOW, this _____ Day of _____, 200__, it is hereby

ORDERED that all counts asserted against defendant Jessica M. Bibliowicz in the Amended Derivative Complaint are dismissed with prejudice, and without leave to re-plead.

_____
Woodlock, U.S.D.J.