UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELLE YAMEEN,

        Plaintiff,

v.

EATON VANCE DISTRIBUTORS, INC., *et al.*,

        Defendants, and

EATON VANCE TAX-MANAGED
GROWTH FUND 1.1.,

        Nominal Defendant.

Civil Action No. 03-12437-DPW

## EATON VANCE DISTRIBUTORS, INC.'S
## LOCAL RULE 7.1 CERTIFICATION

      The undersigned counsel hereby certifies that counsel for Defendant Eaton Vance Distributors, Inc. ("Eaton Vance") conferred with Plaintiff's counsel in connection with the Motion of Eaton Vance Distributors, Inc. to Dismiss, or in the Alternative for Summary Judgment, that the parties attempted in good faith to resolve or narrow the issue(s) addressed, and that they were unable to do so.

      This Local Rule 7.1 Certification is being filed as a separate document because Eaton Vance inadvertently omitted the certification from its June 30, 2005 Motion.

BOS-878185 v1

- 2 -

        Respectfully submitted,

        /s/ Gregory R. Youman
        Wm. Shaw McDermott (BBO #330860)
           wmcdermott@klng.com
        Aimée E. Bierman (BBO #640385)
           abierman@klng.com
        Gregory R. Youman (BBO #648721)
           gyouman@klng.com
        KIRKPATRICK & LOCKHART
        NICHOLSON GRAHAM LLP
        75 State Street
        Boston, MA  02109-1808
        (617) 261-3100

        Jeffrey B. Maletta, Esq.
        Nicholas G. Terris, Esq.
        KIRKPATRICK & LOCKHART
        NICHOLSON GRAHAM LLP
        1800 Massachusetts Avenue, N.W.
        Washington, D.C.  20036
        (202) 778-9000

        *Attorneys for Defendant*
        *Eaton Vance Distributors, Inc.*

Date:  July 7, 2005