UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MICHELLE YAMEEN,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**EATON VANCE DISTRIBUTORS, INC.,** *et al.*,<br><br>    **Defendants, and**<br><br>**EATON VANCE TAX-MANAGED GROWTH FUND 1.1,**<br><br>    **Nominal Defendant.** | Civil Action No. 03-12437- DPW |

**PLAINTIFF'S UNOPPOSED MOTION TO EXCEED TWENTY-PAGE LIMIT**

Plaintiff hereby moves for leave to file a memorandum of law, in excess of the twenty-page limit set forth in Local Rule 7.1(B)(4), in opposition to Defendants' motions to dismiss the Amended Derivative Complaint or in the alternative for summary judgment.

As grounds for this Motion, Plaintiff respectfully submits that she requires additional pages to fully address Defendants' legal arguments in support of their motions. Plaintiff's memorandum of law in opposition to Defendants' motions is twenty-six (26) pages.

Pursuant to Local Rule 7.1(A)(2), Lead Plaintiff's counsel have conferred with Defendants' counsel who do not oppose the relief sought in this Motion.

1

| | |
|---|---|
| Dated: August 15, 2005 | Respectfully submitted by the attorneys for the plaintiff, |

**/s/Theodore M. Hess-Mahan**
Edward F. Haber (BBO No. 215620)
Michelle Blauner (BBO No. 549049)
Theodore M. Hess-Mahan (BBO No. 557109)
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109
(617) 439-3939

OF COUNSEL:
Richard J. Vita (BBO No. 510260)
77 Franklin Street, 3rd Fl.
Boston, MA 02110
(617) 426-6566

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify that the parties' counsel have conferred in a good faith effort to narrow or resolve the issues raised in this motion. Defendants' counsel do not oppose the relief requested in this motion.

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan

2