```
<DOCUMENT>
<TYPE>N-30D
<SEQUENCE>1
<FILENAME>a2072816zn-30d.txt
<DESCRIPTION>N-30D
<TEXT>
<Page>
```

[EATON VANCE(R) LOGO]

ANNUAL REPORT DECEMBER 31, 2001

EATON VANCE
TAX-MANAGED
GROWTH
FUND
1.1

[GRAPHIC]

`<Page>`

EATON VANCE TAX-MANAGED GROWTH FUND 1.1 as of December 31, 2001

LETTER TO SHAREHOLDERS

[PHOTO JAMES B. HAWKES]
James B. Hawkes
President

During the year ended December 31, 2001, Eaton Vance Tax-Managed Growth Fund 1.1 had a total return of -9.98% for Class A shares.(1) This return resulted from a decrease in net asset value (NAV) to $21.10 per share on December 31, 2001 from $23.44 per share on December 31, 2000. For Class B, the total return was -10.67%, based on a decrease in NAV to $20.27 from $22.69.(1) For Class C, the total return was -10.73%, based on a decrease in NAV to $19.46 from $21.80.(1) For Class I, the total return was -9.35%, based on a decrease in NAV to $9.99 from $11.02.(1) For Class S, the total return was -9.88%, based on a decrease in NAV to $21.15 from $23.47.(1) Consistent with the Fund's history and its investment objective of long-term, after-tax returns, the Fund made no income or capital gains distributions during the year. As a result, the Fund's returns after taxes on distributions were equivalent to pretax returns for 2001. (See page 7 for more information about after-tax performance.)

For comparison, the average total return (before taxes) for mutual funds in the Lipper Large-Cap Core Classification was -13.81% during the period, and the S&P 500 Index - an unmanaged index of 500 common stocks used as a measure of U.S. stock market performance - had a total return of -11.88%.(2)

The year 2001 witnessed a significant slowing of the U.S. and global economies, characterized by deteriorating corporate profits, job layoffs and sharply lower capital spending. Against this discouraging backdrop, the equity markets moved dramatically lower through much of the year. The tragic events of September 11th served to accelerate the downward trend. In their wake, consumer spending declined sharply and the U.S. economy slid into recession in the third quarter,

FINANCIAL STATEMENTS

STATEMENT OF ASSETS AND LIABILITIES

AS OF DECEMBER 31, 2001

| Assets | |
|---|---:|
| Investment in Tax-Managed Growth Portfolio, at value (identified cost, $4,905,005,784) | $6,195,833,206 |
| Receivable for Fund shares sold | 5,115,498 |
| **TOTAL ASSETS** | **$6,200,948,704** |

| Liabilities | |
|---|---:|
| Payable for Fund shares redeemed | $ 14,198,201 |
| Payable to affiliate for distribution and service fees | 169,889 |
| Payable to affiliate for Trustees' fees | 1,048 |
| Accrued expenses | 1,321,274 |
| **TOTAL LIABILITIES** | **$ 15,690,412** |
| **NET ASSETS** | **$6,185,258,292** |

| Sources of Net Assets | |
|---|---:|
| Paid-in capital | $5,158,878,401 |
| Accumulated net realized loss from Portfolio (computed on the basis of identified cost) | (264,447,252) |
| Accumulated net investment loss | (279) |
| Net unrealized appreciation from Portfolio (computed on the basis of identified cost) | 1,290,827,422 |
| **TOTAL** | **$6,185,258,292** |

| Class A Shares | |
|---|---:|
| NET ASSETS | $1,526,735,140 |
| SHARES OUTSTANDING | 72,370,171 |
| NET ASSET VALUE AND REDEMPTION PRICE PER SHARE (net assets DIVIDED BY shares of beneficial interest outstanding) | $ 21.10 |
| MAXIMUM OFFERING PRICE PER SHARE (100 DIVIDED BY 94.25 of $21.10) | $ 22.39 |

| Class B Shares | |
|---|---:|
| NET ASSETS | $3,381,102,905 |
| SHARES OUTSTANDING | 166,790,226 |
| NET ASSET VALUE, OFFERING PRICE AND REDEMPTION PRICE PER SHARE (net assets DIVIDED BY shares of beneficial interest outstanding) | $ 20.27 |

Class C Shares

```
NET ASSETS                                              $1,228,898,607
SHARES OUTSTANDING                                          63,150,169
NET ASSET VALUE, OFFERING PRICE AND REDEMPTION
    PRICE PER SHARE
    (net assets  DIVIDED BY shares of
        beneficial interest outstanding)            $         19.46
-----------------------------------------------------------------
Class I Shares
-----------------------------------------------------------------
NET ASSETS                                          $        719,510
SHARES OUTSTANDING                                            72,036
NET ASSET VALUE, OFFERING PRICE AND REDEMPTION
    PRICE PER SHARE
    (net assets  DIVIDED BY shares of
        beneficial interest outstanding)            $          9.99
-----------------------------------------------------------------
Class S Shares
-----------------------------------------------------------------
NET ASSETS                                          $     47,802,130
SHARES OUTSTANDING                                         2,260,470
NET ASSET VALUE AND REDEMPTION PRICE PER SHARE
    (net assets  DIVIDED BY shares of
        beneficial interest outstanding)            $         21.15
-----------------------------------------------------------------
</Table>

  On sales of $50,000 or more, the offering price of Class A shares is reduced.

STATEMENT OF OPERATIONS

<Table>
<Caption>
FOR THE YEAR ENDED
DECEMBER 31, 2001
<S>                                                 <C>
Investment Income
-----------------------------------------------------------------
Dividends allocated from Portfolio
    (net of foreign taxes, $400,757)                $   64,941,688
Interest allocated from Portfolio                        5,854,840
Expenses allocated from Portfolio                      (29,103,133)
-----------------------------------------------------------------
NET INVESTMENT INCOME FROM PORTFOLIO                $   41,693,395
-----------------------------------------------------------------

Expenses
-----------------------------------------------------------------
Trustees' fees and expenses                         $        3,390
Distribution and service fees
    Class A                                              3,996,290
    Class B                                             35,863,425
    Class C                                             13,009,599
    Class S                                                100,760
Transfer and dividend disbursing agent fees              4,503,340
Printing and postage                                       543,556
Registration fees                                          159,692
Custodian fee                                               31,257
Legal and accounting services                               22,206
Amortization of organization expenses                       10,447
Miscellaneous                                            1,065,890
```

```
    CLASS C                                              2001            2000
    <S>                                                  <C>             <C>
    -------------------------------------------------------------------------------
    Sales                                                10,291,902      18,190,487
    Redemptions                                          (10,660,187)    (6,676,297)
    -------------------------------------------------------------------------------
    NET INCREASE (DECREASE)                              (368,285)       11,514,190
    -------------------------------------------------------------------------------
</Table>

<Table>
<Caption>
                                                         YEAR ENDED DECEMBER 31,
                                                         -------------------------
    CLASS I                                              2001            2000
    <S>                                                  <C>             <C>
    -------------------------------------------------------------------------------
    Sales                                                67,966          53,440
    Redemptions                                          (35,666)        (19,103)
    -------------------------------------------------------------------------------
    NET INCREASE                                         32,300          34,337
    -------------------------------------------------------------------------------
</Table>

<Table>
<Caption>
                                                         YEAR ENDED DECEMBER 31,
                                                         -------------------------
    CLASS S                                              2001            2000
    <S>                                                  <C>             <C>
    -------------------------------------------------------------------------------
    Redemptions                                          (159,751)       (50,781)
    -------------------------------------------------------------------------------
    NET DECREASE                                         (159,751)       (50,781)
    -------------------------------------------------------------------------------
</Table>
```

4 Transactions with Affiliates
--------------------------------------------
   Eaton Vance Management (EVM) serves as the administrator of the Fund, but
   receives no compensation. The Portfolio has engaged Boston Management and
   Research, a subsidiary of EVM, to render investment advisory services. See
   Note 2 of the Portfolio's Notes to Financial Statements which are included
   elsewhere in this report. Except for Trustees of the Fund who are not members
   of EVM's organization, officers and Trustees receive remuneration for their
   services to the Fund out of such management fee. The Fund was informed that
   Eaton Vance Distributors, Inc. (EVD), a subsidiary of EVM and the Fund's
   principal underwriter, received $870,025 as its portion of the sales charge
   on sales of Class A shares for the year ended December 31, 2001.

   Certain officers and Trustees of the Fund and the Portfolio are officers of
   the above organizations.

5 Distribution and Service Plan
--------------------------------------------
   The Fund has in effect distribution plans for Class B (Class B Plan) and
   Class C (Class C Plan) pursuant to Rule 12b-1 under the Investment Company
   Act of 1940 and a service plan for Class A shares (Class A Plan)
   (collectively, the Plans). The Class B and Class C Plans require the Fund to
   pay EVD amounts equal to 1/365 of 0.75% of the Fund's average daily net

assets attributable to Class B and Class C shares for providing ongoing distribution services and facilities to the Fund. The Fund will automatically discontinue payments to EVD during any period in which there are no outstanding Uncovered Distribution Charges, which are equivalent to the sum of (i) 5% and 6.25% of the aggregate amount received by the Fund for the Class B and Class C shares sold, respectively, plus (ii) interest calculated by applying the rate of 1% over the prevailing prime rate to the outstanding balance of Uncovered Distribution Charges of EVD of each respective class, reduced by the aggregate amount of contingent deferred sales charges (see Note 6) and daily amounts theretofore paid to EVD by each respective class. The Fund paid or accrued $26,897,655 and $9,757,199 for Class B and Class C shares, respectively, to or payable to EVD for the year ended December 31, 2001, representing 0.75% (annualized) of the average daily net assets for Class B and

16

<Page>
EATON VANCE TAX-MANAGED GROWTH FUND 1.1 AS OF DECEMBER 31, 2001

NOTES TO FINANCIAL STATEMENTS CONT'D

Class C shares. At December 31, 2001, the amount of Uncovered Distribution Charges EVD calculated under the Plan were approximately $113,400,000 and $87,180,000 for Class B and Class C shares, respectively.

The Plans authorize the Fund to make payments of service fees to EVD, investment dealers and other persons in amounts not exceeding 0.25% of the Fund's average daily net assets attributable to Class A, Class B, and Class C shares for any fiscal year. Service fee payments will be made for personal services and/or the maintenance of shareholder accounts. Service fees are separate and distinct from the sales commissions and distribution fees payable by the Fund to EVD and, as such, are not subject to automatic discontinuance when there are no outstanding Uncovered Distribution Charges of EVD. Service fee payments for the year ended December 31, 2001 amounted to $3,996,290, $8,965,770, and $3,252,400 for Class A, Class B, and Class C shares, respectively.

Pursuant to a servicing agreement, the Fund will make service fee payments in the amount of 0.20% (annualized) of the value of Class S shares to EVD, one half of which is paid to a subagent commencing in the thirteenth month after the issuance of Class S shares. The Fund paid or accrued service fees to or payable to EVD for the year ended December 31, 2001 in the amount of $100,760.

6 Contingent Deferred Sales Charge
---------------------------------------------

A contingent deferred sales charge (CDSC) is generally imposed on any redemption of Class B shares made within six years of purchase, on any redemption of Class C shares made within one year of purchase and on any redemption of Class S shares made within two years of issuance. Generally, the CDSC is based upon the lower of the net asset value at date of redemption or date of purchase or issuance. No charge is levied on shares acquired by reinvestment of dividends or capital gains distributions. Class B CDSC is imposed at declining rates that begin at 5% in the case of redemptions in the first and second year after purchase, declining one percentage point each subsequent year. Class C shares will be subject to a 1% CDSC if redeemed within one year of purchase. Class S shares will be subject to a 1% CDSC if redeemed within one year of issuance and a 0.50% CDSC if redeemed during the second year after issuance. No CDSC is levied on shares which have been sold to EVM or its affiliates or to their respective employees or clients and may