```
<DOCUMENT>
<TYPE>N-30D
<SEQUENCE>1
<FILENAME>a2101616zn-30d.txt
<DESCRIPTION>N-30D
<TEXT>
<Page>
```

[EV LOGO]

[PHOTO OF STATUE OF LIBERTY]

ANNUAL REPORT DECEMBER 31, 2002

[PHOTO OF WALL ST]

EATON VANCE
TAX-MANAGED
GROWTH
FUND
1.1

[PHOTO OF ADDING MACHINE]

[PHOTO OF TAX FORM]

```
<Page>
```

IMPORTANT NOTICE REGARDING DELIVERY

OF SHAREHOLDER DOCUMENTS

   The Securities and Exchange Commission (SEC) permits mutual funds to deliver
only one copy of shareholder documents, including prospectuses, proxy
statements and shareholder reports, to fund investors with multiple accounts
at the same residential or post office box address. This practice is often
called "householding" and it helps eliminate duplicate mailings to
shareholders.

   EATON VANCE, OR YOUR FINANCIAL ADVISER, MAY HOUSEHOLD THE MAILING OF YOUR
DOCUMENTS INDEFINITELY UNLESS YOU INSTRUCT EATON VANCE, OR YOUR FINANCIAL
ADVISER, OTHERWISE.

   If you would prefer that your Eaton Vance documents not be householded,
please contact Eaton Vance at 1-800-262-1122, or contact your financial
adviser.

   Your instructions that householding not apply to delivery of your Eaton
Vance documents will be effective within 30 days of receipt by Eaton Vance
or your financial adviser.
```
<Page>
```
EATON VANCE TAX-MANAGED GROWTH FUND 1.1 AS OF DECEMBER 31, 2002

LETTER TO SHAREHOLDERS

   [PHOTO OF THOMAS E. FAUST JR.]
   Thomas E. Faust Jr.
   President

6
&lt;Page&gt;
EATON VANCE TAX-MANAGED GROWTH FUND 1.1 AS OF DECEMBER 31, 2002

FINANCIAL STATEMENTS

STATEMENT OF ASSETS AND LIABILITIES

&lt;Table&gt;
&lt;Caption&gt;
AS OF DECEMBER 31, 2002
&lt;S&gt;                                          &lt;C&gt;

| | |
|---|---:|
| **Assets** | |
| Investment in Tax-Managed Growth Portfolio, at value (identified cost, $3,483,610,384) | $4,013,731,703 |
| Receivable for Fund shares sold | 1,278,662 |
| TOTAL ASSETS | $4,015,010,365 |
| **Liabilities** | |
| Payable for Fund shares redeemed | $ 14,576,928 |
| Payable to affiliate for distribution and service fees | 103,931 |
| Payable to affiliate for Trustees' fees | 1,019 |
| Accrued expenses | 1,367,812 |
| TOTAL LIABILITIES | $ 16,049,690 |
| NET ASSETS | $3,998,960,675 |
| **Sources of Net Assets** | |
| Paid-in capital | $3,991,860,271 |
| Accumulated net realized loss from Portfolio (computed on the basis of identified cost) | (523,020,810) |
| Accumulated net investment loss | (105) |
| Net unrealized appreciation from Portfolio (computed on the basis of identified cost) | 530,121,319 |
| TOTAL | $3,998,960,675 |
| **Class A Shares** | |
| NET ASSETS | $ 958,625,483 |
| SHARES OUTSTANDING | 56,670,792 |
| NET ASSET VALUE AND REDEMPTION PRICE PER SHARE (net assets DIVIDED BY shares of beneficial interest outstanding) | $ 16.92 |
| MAXIMUM OFFERING PRICE PER SHARE (100 DIVIDED BY 94.25 of $16.92) | $ 17.95 |
| **Class B Shares** | |

```
NET ASSETS                                      $2,217,673,001
SHARES OUTSTANDING                                 137,468,307
NET ASSET VALUE, OFFERING PRICE AND REDEMPTION PRICE PER
    SHARE
    (net assets  DIVIDED BY shares of
        beneficial interest outstanding)    $          16.13
------------------------------------------------------------
Class C Shares
------------------------------------------------------------
NET ASSETS                                  $      787,373,855
SHARES OUTSTANDING                                  50,843,023
NET ASSET VALUE, OFFERING PRICE AND REDEMPTION PRICE PER
    SHARE
    (net assets  DIVIDED BY shares of
        beneficial interest outstanding)    $          15.49
------------------------------------------------------------
Class I Shares
------------------------------------------------------------
NET ASSETS                                  $         575,214
SHARES OUTSTANDING                                      71,635
NET ASSET VALUE, OFFERING PRICE AND REDEMPTION PRICE PER
    SHARE
    (net assets  DIVIDED BY shares of
        beneficial interest outstanding)    $           8.03
------------------------------------------------------------
Class S Shares
------------------------------------------------------------
NET ASSETS                                  $      34,713,122
SHARES OUTSTANDING                                   2,045,215
NET ASSET VALUE AND REDEMPTION PRICE PER
    SHARE
    (net assets  DIVIDED BY shares of
        beneficial interest outstanding)    $          16.97
------------------------------------------------------------
</Table>
```

On sales of $50,000 or more, the offering price of Class A shares is reduced.

STATEMENT OF OPERATIONS

```
<Table>
<Caption>
FOR THE YEAR ENDED
DECEMBER 31, 2002
<S>                                              <C>
Investment Income
------------------------------------------------------------
Dividends allocated from Portfolio (net
    of foreign taxes, $629,154)             $     63,653,468
Interest allocated from Portfolio                  1,832,164
Expenses allocated from Portfolio                (22,952,935)
------------------------------------------------------------
NET INVESTMENT INCOME FROM PORTFOLIO        $     42,532,697
------------------------------------------------------------

Expenses
------------------------------------------------------------
Trustees' fees and expenses                 $          4,037
Distribution and service fees
    Class A                                        3,107,587
```

```
<Caption>
                                            YEAR ENDED DECEMBER 31,
                                            ---------------------------
   CLASS I                                       2002           2001
   <S>                                           <C>            <C>
   ---------------------------------------------------------------------
   Sales                                         6,048         67,966
   Redemptions                                  (6,449)       (35,666)
   ---------------------------------------------------------------------
   NET INCREASE (DECREASE)                        (401)        32,300
   ---------------------------------------------------------------------

<Caption>
                                            YEAR ENDED DECEMBER 31,
                                            ---------------------------
   CLASS S                                       2002           2001
   <S>                                           <C>            <C>
   ---------------------------------------------------------------------
   Redemptions                                 (215,255)      (159,751)
   ---------------------------------------------------------------------
   NET DECREASE                                (215,255)      (159,751)
   ---------------------------------------------------------------------
</Table>
```

4 Transactions with Affiliates
------------------------------

Eaton Vance Management (EVM) serves as the administrator of the Fund, but receives no compensation. The Portfolio has engaged Boston Management and Research (BMR), a subsidiary of EVM, to render investment advisory services. See Note 2 of the Portfolio's Notes to Financial Statements which are included elsewhere in this report. Effective August 1, 2002, EVM serves as the sub-transfer agent of the Fund and receives an aggregate fee based on actual expenses incurred by EVM for the performance of these services. For the year ended December 31, 2002, no significant amounts have been accrued or paid.

Except for Trustees of the Fund and the Portfolio who are not members of EVM's or BMR's organization, officers and Trustees receive remuneration for their services to the Fund out of the investment advisor fee earned by BMR. Trustees of the Fund who are not affiliated with EVM or BMR may elect to defer receipt of all or a percentage of their annual fees in accordance with the terms of the Trustees Deferred Compensation Plan. For the year ended December 31, 2002, no significant amounts have been deferred.

Eaton Vance Distributors, Inc. (EVD), a subsidiary of EVM and the Fund's principal underwriter, received $137,134 as its portion of the sales charge on sales of Class A shares for the year ended December 31, 2002.

Certain officers and Trustees of the Fund and the Portfolio are officers of the above organizations.

5 Distribution and Service Plan
-------------------------------

The Fund has in effect distribution plans for Class B shares (Class B Plan) and Class C shares (Class C Plan) pursuant to Rule 12b-1 under the Investment Company Act of 1940 and a service plan for Class A shares (Class A Plan) (collectively, the Plans). The Plans require the Fund to pay EVD amounts equal to 1/365 of 0.75% of the Fund's average daily net assets attributable to Class B and Class C shares for providing ongoing distribution services and

facilities to the Fund. The Fund will automatically discontinue payments to EVD during any period in which there are no outstanding Uncovered Distribution Charges, which are equivalent to the sum of (i) 5% and 6.25% of the aggregate amount received by the Fund for the Class B and Class C shares sold, respectively, plus (ii) interest calculated by applying the rate of 1% over the prevailing prime rate to the outstanding balance of Uncovered Distribution Charges of EVD of each respective class,

15

<Page>
EATON VANCE TAX-MANAGED GROWTH FUND 1.1 AS OF DECEMBER 31, 2002

NOTES TO FINANCIAL STATEMENTS CONT'D

reduced by the aggregate amount of contingent deferred sales charges (see Note 6) and daily amounts theretofore paid to EVD by each respective class. The Fund paid or accrued $20,892,833 and $7,559,201 for Class B and Class C shares, respectively, to or payable to EVD for the year ended December 31, 2002, representing 0.75% of the average daily net assets for Class B and Class C shares. At December 31, 2002, the amount of Uncovered Distribution Charges EVD calculated under the Plan were approximately $86,884,581 and $86,489,100 for Class B and Class C shares, respectively.

The Plans authorize the Fund to make payments of service fees to EVD, investment dealers and other persons in amounts not exceeding 0.25% of the Fund's average daily net assets attributable to Class A, Class B, and Class C shares for any fiscal year. Service fee payments will be made for personal services and/or the maintenance of shareholder accounts. Service fees are separate and distinct from the sales commissions and distribution fees payable by the Fund to EVD and, as such, are not subject to automatic discontinuance when there are no outstanding Uncovered Distribution Charges of EVD. Service fees paid or accrued for the year ended December 31, 2002 amounted to $3,107,587, $6,964,278, and $2,519,734 for Class A, Class B, and Class C shares, respectively.

Pursuant to a servicing agreement, the Fund makes service fee payments in the amount of 0.20% of the Fund's average daily net assets attributable to Class S shares to EVD, one half of which is paid to a subagent. The Fund paid or accrued service fees to or payable to EVD for the year ended December 31, 2002 in the amount of $81,991.

6 Contingent Deferred Sales Charge
------------------------------------------------

A contingent deferred sales charge (CDSC) is generally imposed on any redemption of Class B shares made within six years of purchase and on any redemption of Class C shares made within one year of purchase. Generally, the CDSC is based upon the lower of the net asset value at date of redemption or date of purchase or issuance. No charge is levied on shares acquired by reinvestment of dividends or capital gains distributions. Class A shares may be subject to a 1% CDSC if redeemed within one year of purchase (depending on the circumstances of purchase). Class B CDSC is imposed at declining rates that begin at 5% in the case of redemptions in the first and second year after purchase, declining one percentage point each subsequent year. Class C shares will be subject to a 1% CDSC if redeemed within one year of purchase.

No CDSC is levied on shares which have been sold to EVM, its affiliates or to their respective employees or clients and may be waived under certain other limited conditions. CDSC pertaining to Class B and Class C shares are paid to EVD to reduce the amount of Uncovered Distribution Charges calculated under the Plans (see Note 5). CDSC assessed on Class B and Class C shares received