```
<DOCUMENT>
<TYPE>N-CSR
<SEQUENCE>1
<FILENAME>a2127509zn-csr.txt
<DESCRIPTION>N-CSR
<TEXT>
<Page>
```

FORM N-CSR

CERTIFIED SHAREHOLDER REPORT OF REGISTERED
MANAGEMENT INVESTMENT COMPANIES

Investment Company Act File Number: 811- 04015
                                    ---------

Eaton Vance Mutual Funds Trust
------------------------------
(Exact Name of Registrant as Specified in Charter)

The Eaton Vance Building, 255 State Street, Boston, Massachusetts 02109
-----------------------------------------------------------------------
(Address of Principal Executive Offices)

Alan R. Dynner

The Eaton Vance Building, 255 State Street, Boston, Massachusetts 02109
-----------------------------------------------------------------------
(Name and Address of Agent for Services)

(617) 482-8260
--------------
(Registrant's Telephone Number)

December 31, 2003
-----------------
Date of Fiscal Year End

December 31, 2003
-----------------
Date of Reporting Period

```
<Page>
```

ITEM 1. REPORTS TO STOCKHOLDERS

&lt;Page&gt;

[GRAPHIC]

[EATON VANCE(R) MANAGED INVESTMENTS LOGO]

ANNUAL REPORT DECEMBER 31, 2003

EATON VANCE TAX-MANAGED GROWTH FUND 1.1

&lt;Page&gt;

EATON VANCE FUNDS
EATON VANCE MANAGEMENT
BOSTON MANAGEMENT AND RESEARCH
EATON VANCE DISTRIBUTORS, INC.

PRIVACY NOTICE

The Eaton Vance organization is committed to ensuring your financial privacy. This notice is being sent to comply with privacy regulations of the Securities and Exchange Commission. Each of the above financial institutions has in effect the following policy with respect to nonpublic personal information about its customers:

- Only such information received from you, through application forms or otherwise, and information about your Eaton Vance fund transactions will be collected.

- None of such information about you (or former customers) will be disclosed to anyone, except as permitted by law (which includes disclosure to employees necessary to service your account).

- Policies and procedures (including physical, electronic and procedural safeguards) are in place that are designed to protect the confidentiality of such information.

For more information about Eaton Vance's privacy policies, call: 1-800-262-1122.

IMPORTANT NOTICE
REGARDING DELIVERY OF

Class A and Class B commenced operations on 3/28/96; Class C on 8/2/96; Class I on 7/2/99, and Class S on 5/14/99. Returns at Public Offering Price (POP) reflect the deduction of the maximum sales charge and applicable CDSC, while Returns at Net Asset Value (NAV) do not.

After-tax returns are calculated using the highest historical individual federal income tax rate and do not reflect the impact of state and local taxes. Actual after-tax returns depend on a shareholder's tax situation and may differ from those shown. After-tax returns are not relevant for shareholders who hold Fund shares in tax-deferred accounts or to shares held by non-taxable entities. Return After Taxes on Distributions for a period may be the same as Return Before Taxes for that period because no distributions were paid during that period, or because the taxable portion of distributions made during the period was insignificant. Also, Return After Taxes on Distributions and Sale of Fund Shares for a period may be greater than Return After Taxes on Distributions for the same period because of realized losses on the sale of Fund shares.

Past performance (both before and after taxes) is no guarantee of future results. Investment return and principal value will fluctuate so that shares, when redeemed, may be worth more or less than their original cost. Performance is for the stated time period only; due to market volatility, the Fund's current performance may be different. Returns are historical and are calculated by determining the percentage change in net asset value with all distributions reinvested.

6

\<Page\>

EATON VANCE TAX-MANAGED GROWTH FUND 1.1 AS OF DECEMBER 31, 2003
FINANCIAL STATEMENTS

STATEMENT OF ASSETS AND LIABILITIES

AS OF DECEMBER 31, 2003

\<Table\>
\<S\>                                                                          \<C\>
ASSETS
Investment in Tax-Managed Growth Portfolio, at value
  (identified cost, $2,708,473,990)                                       $ 4,169,554,954
Receivable for Fund shares sold                                                   674,967
                                                                          ---------------
TOTAL ASSETS                                                              $ 4,170,229,921
                                                                          ---------------

| | | |
|---|---:|---:|
| **LIABILITIES** | | |
| Payable for Fund shares redeemed | $ | 9,689,876 |
| Payable to affiliate for distribution and service fees | | 180,161 |
| Payable to affiliate for Trustees' fees | | 891 |
| Accrued expenses | | 1,362,612 |
| TOTAL LIABILITIES | $ | 11,233,540 |
| NET ASSETS | $ | 4,158,996,381 |
| **SOURCES OF NET ASSETS** | | |
| Paid-in capital | $ | 3,351,412,081 |
| Accumulated net realized loss from Portfolio (computed on the basis of identified cost) | | (653,497,444) |
| Accumulated undistributed net investment income | | 780 |
| Net unrealized appreciation from Portfolio (computed on the basis of identified cost) | | 1,461,080,964 |
| TOTAL | $ | 4,158,996,381 |
| **CLASS A SHARES** | | |
| NET ASSETS | $ | 982,531,029 |
| SHARES OUTSTANDING | | 47,233,510 |
| NET ASSET VALUE AND REDEMPTION PRICE PER SHARE (net assets DIVIDED BY shares of beneficial interest outstanding) | $ | 20.80 |
| MAXIMUM OFFERING PRICE PER SHARE (100 DIVIDED BY 94.25 of $20.80) | $ | 22.07 |
| **CLASS B SHARES** | | |
| NET ASSETS | $ | 2,321,778,993 |
| SHARES OUTSTANDING | | 117,488,471 |
| NET ASSET VALUE, OFFERING PRICE AND REDEMPTION PRICE PER SHARE (net assets DIVIDED BY shares of beneficial interest outstanding) | $ | 19.76 |
| **CLASS C SHARES** | | |
| NET ASSETS | $ | 818,714,702 |
| SHARES OUTSTANDING | | 43,156,108 |
| NET ASSET VALUE, OFFERING PRICE AND REDEMPTION PRICE PER SHARE (net assets DIVIDED BY shares of beneficial interest outstanding) | $ | 18.97 |

the terms of the Trustees Deferred Compensation Plan. For the year ended December 31, 2003, no significant amounts have been deferred.

Eaton Vance Distributors, Inc. (EVD), a subsidiary of EVM and the Fund's principal underwriter, received $75,460 as its portion of the sales charge on sales of Class A shares for the year ended December 31, 2003.

Certain officers and Trustees of the Fund and the Portfolio are officers of the above organizations.

<Page>

15

5   DISTRIBUTION AND SERVICE PLAN

The Fund has in effect distribution plans for Class B shares (Class B Plan) and Class C shares (Class C Plan) pursuant to Rule 12b-1 under the Investment Company Act of 1940 and a service plan for Class A shares (Class A Plan) (collectively, the Plans). The Plans require the Fund to pay EVD amounts equal to 1/365 of 0.75% of the Fund's average daily net assets attributable to Class B and Class C shares for providing ongoing distribution services and facilities to the Fund. The Fund will automatically discontinue payments to EVD during any period in which there are no outstanding Uncovered Distribution Charges, which are equivalent to the sum of (i) 5% and 6.25% of the aggregate amount received by the Fund for the Class B and Class C shares sold, respectively, plus (ii) interest calculated by applying the rate of 1% over the prevailing prime rate to the outstanding balance of Uncovered Distribution Charges of EVD of each respective class, reduced by the aggregate amount of contingent deferred sales charges (see Note 6) and daily amounts theretofore paid to EVD by each respective class. The Fund paid or accrued $16,371,795 and $5,822,328 for Class B and Class C shares, respectively, to or payable to EVD for the year ended December 31, 2003, representing 0.75% of the average daily net assets for Class B and Class C shares. At December 31, 2003, the amount of Uncovered Distribution Charges EVD calculated under the Plan were approximately $69,162,698 and $86,109,810 for Class B and Class C shares, respectively.

The Plans authorize the Fund to make payments of service fees to EVD, investment dealers and other persons in amounts not exceeding 0.25% of the Fund's average daily net assets attributable to Class A, Class B, and Class C shares for any fiscal year. Service fee payments will be made for personal services and/or the maintenance of shareholder accounts. Service fees are separate and distinct from the sales commissions and distribution fees payable by the Fund to EVD and, as such, are not subject to automatic

discontinuance when there are no outstanding Uncovered Distribution Charges of EVD. Service fees paid or accrued for the year ended December 31, 2003 amounted to $2,344,021, $5,457,265, and $1,940,776 for Class A, Class B, and Class C shares, respectively.

Pursuant to a servicing agreement, the Fund makes service fee payments in the amount of 0.20% of the Fund's average daily net assets attributable to Class A shares to EVD, one half of which is paid to a subagent. The Fund paid or accrued service fees to or payable to EVD for the year ended December 31, 2003 in the amount of $67,879.

6   CONTINGENT DEFERRED SALES CHARGE

A contingent deferred sales charge (CDSC) is generally imposed on any redemption of Class B shares made within six years of purchase and on any redemption of Class C shares made within one year of purchase. Generally, the CDSC is based upon the lower of the net asset value at date of redemption or date of purchase. No charge is levied on shares acquired by reinvestment of dividends or capital gains distributions. Class A shares may be subject to a 1% CDSC if redeemed within one year of purchase (depending on the circumstances of purchase). Class B CDSC is imposed at declining rates that begin at 5% in the case of redemptions in the first and second year after purchase, declining one percentage point each subsequent year. Class C shares will be subject to a 1% CDSC if redeemed within one year of purchase.

No CDSC is levied on shares which have been sold to EVM, its affiliates or to their respective employees or clients and may be waived under certain other limited conditions. CDSC pertaining to Class B and Class C shares are paid to EVD to reduce the amount of Uncovered Distribution Charges calculated under the Plans (see Note 5). CDSC assessed on Class B and Class C shares received when no Uncovered Distribution Charges exist will be credited to the Fund. EVD received approximately $178, $5,168,272 and $18,158 of CDSC paid by shareholders for Class A, Class B and Class C shares, respectively, for the year ended December 31, 2003.

7   INVESTMENT TRANSACTIONS

Increases and decreases in the Fund's investment in the Portfolio aggregated $86,129,125 and $772,160,826, respectively, for the year ended December 31, 2003.

16

<Page>