

EATON VANCE
Managed Investments

Annual Report December 31, 2004

EATON VANCE
TAX-MANAGED
GROWTH
FUND
1.1

# Eaton Vance Tax-Managed Growth Fund 1.1 as of December 31, 2004

## FINANCIAL STATEMENTS

### Statement of Assets and Liabilities
As of December 31, 2004

**Assets**

| | |
|---|---:|
| Investment in Tax-Managed Growth Portfolio, at value (identified cost, $1,903,949,250) | $3,800,766,589 |
| Receivable for Fund shares sold | 392,347 |
| **Total assets** | **$3,801,158,936** |

**Liabilities**

| | |
|---|---:|
| Payable for Fund shares redeemed | $ 5,670,147 |
| Payable to affiliate for distribution and service fees | 143,847 |
| Payable to affiliate for Trustees' fees | 663 |
| Accrued expenses | 644,869 |
| **Total liabilities** | **$ 6,459,526** |
| **Net Assets** | **$3,794,699,410** |

**Sources of Net Assets**

| | |
|---|---:|
| Paid-in capital | $2,509,612,786 |
| Accumulated net realized loss from Portfolio (computed on the basis of identified cost) | (611,761,121) |
| Accumulated undistributed net investment income | 30,406 |
| Net unrealized appreciation from Portfolio (computed on the basis of identified cost) | 1,896,817,339 |
| **Total** | **$3,794,699,410** |

**Class A Shares**

| | |
|---|---:|
| Net Assets | $1,024,002,143 |
| Shares Outstanding | 45,400,268 |
| Net Asset Value and Redemption Price Per Share (net assets ÷ shares of beneficial interest outstanding) | $ 22.55 |
| Maximum Offering Price Per Share (100 ÷ 94.25 of $22.55) | $ 23.93 |

**Class B Shares**

| | |
|---|---:|
| Net Assets | $1,991,318,198 |
| Shares Outstanding | 92,906,722 |
| Net Asset Value, Offering Price and Redemption Price Per Share (net assets ÷ shares of beneficial interest outstanding) | $ 21.43 |

**Class C Shares**

| | |
|---|---:|
| Net Assets | $ 744,512,065 |
| Shares Outstanding | 36,214,323 |
| Net Asset Value, Offering Price and Redemption Price Per Share (net assets ÷ shares of beneficial interest outstanding) | $ 20.56 |

**Class I Shares**

| | |
|---|---:|
| Net Assets | $ 709,119 |
| Shares Outstanding | 66,910 |
| Net Asset Value, Offering Price and Redemption Price Per Share (net assets ÷ shares of beneficial interest outstanding) | $ 10.60 |

**Class S Shares**

| | |
|---|---:|
| Net Assets | $ 34,157,885 |
| Shares Outstanding | 1,506,281 |
| Net Asset Value and Redemption Price Per Share (net assets ÷ shares of beneficial interest outstanding) | $ 22.68 |

On sales of $50,000 or more, the offering price of Class A shares is reduced.

### Statement of Operations
For the Year Ended December 31, 2004

**Investment Income**

| | |
|---|---:|
| Dividends allocated from Portfolio (net of foreign taxes, $830,926) | $ 63,072,707 |
| Interest allocated from Portfolio | 249,557 |
| Expenses allocated from Portfolio | (17,511,342) |
| **Net investment income from Portfolio** | **$ 45,810,922** |

**Expenses**

| | |
|---|---:|
| Trustees' fees and expenses | $ 2,831 |
| Distribution and service fees | |
| Class A | 2,466,290 |
| Class B | 21,211,837 |
| Class C | 7,672,423 |
| Class S | 67,945 |
| Transfer and dividend disbursing agent fees | 3,572,063 |
| Printing and postage | 117,436 |
| Registration fees | 91,158 |
| Legal and accounting services | 88,726 |
| Custodian fee | 38,638 |
| Miscellaneous | 197,513 |
| **Total expenses** | **$ 35,526,860** |
| **Net investment income** | **$ 10,284,062** |

**Realized and Unrealized Gain (Loss) from Portfolio**

| | |
|---|---:|
| Net realized gain (loss) — | |
| Investment transactions (identified cost basis) | $(129,131,468) |
| Foreign currency transactions | 13,276 |
| **Net realized loss** | **$(129,118,192)** |
| Change in unrealized appreciation (depreciation) — | |
| Investments (identified cost basis) | $ 440,883,544 |
| Securities sold short | (5,163,589) |
| Foreign currency | 16,420 |
| **Net change in unrealized appreciation (depreciation)** | **$ 435,736,375** |
| **Net realized and unrealized gain** | **$ 306,618,183** |
| **Net increase in net assets from operations** | **$ 316,902,245** |

See notes to financial statements

7

# Eaton Vance Tax-Managed Growth Fund 1.1 as of December 31, 2004
## NOTES TO FINANCIAL STATEMENTS CONT'D

| Class S | Year Ended December 31, | |
|---|---|---|
| | 2004 | 2003 |
| Issued to shareholders electing to receive payments of distributions in Fund shares | 2,330 | 2,394 |
| Redemptions | (185,951) | (357,707) |
| Net decrease | (183,621) | (355,313) |

### 4 Transactions with Affiliates

Eaton Vance Management (EVM) serves as the administrator of the Fund, but receives no compensation. The Portfolio has engaged Boston Management and Research (BMR), a subsidiary of EVM, to render investment advisory services. See Note 2 of the Portfolio's Notes to Financial Statements which are included elsewhere in this report. EVM serves as the sub-transfer agent of the Fund and receives an aggregate fee based on actual expenses incurred by EVM for the performance of these services. For the year ended December 31, 2004, EVM earned $320,192 in sub-transfer agent fees.

Except for Trustees of the Fund and the Portfolio who are not members of EVM's or BMR's organization, officers and Trustees receive remuneration for their services to the Fund out of the investment adviser fee earned by BMR. Trustees of the Fund who are not affiliated with EVM or BMR may elect to defer receipt of all or a percentage of their annual fees in accordance with the terms of the Trustees Deferred Compensation Plan. For the year ended December 31, 2004, no significant amounts have been deferred.

Eaton Vance Distributors, Inc. (EVD), a subsidiary of EVM and the Fund's principal underwriter, received $54,542 as its portion of the sales charge on sales of Class A shares for the year ended December 31, 2004.

Certain officers and Trustees of the Fund and the Portfolio are officers of the above organizations.

### 5 Distribution and Service Plan

The Fund has in effect distribution plans for Class B shares (Class B Plan) and Class C shares (Class C Plan) pursuant to Rule 12b-1 under the Investment Company Act of 1940 and a service plan for Class A shares (Class A Plan) (collectively, the Plans). The Plans require the Fund to pay EVD amounts equal to 1/365 of 0.75% of the Fund's average daily net assets attributable to Class B and Class C shares for providing ongoing distribution services and facilities to the Fund. The Fund will automatically discontinue payments to EVD during any period in which there are no outstanding Uncovered Distribution Charges, which are equivalent to the sum of (i) 5% and 6.25% of the aggregate amount received by the Fund for the Class B and Class C shares sold, respectively, plus (ii) interest calculated by applying the rate of 1% over the prevailing prime rate to the outstanding balance of Uncovered Distribution Charges of EVD of each respective class, reduced by the aggregate amount of contingent deferred sales charges (see Note 6) and daily amounts theretofore paid to EVD by each respective class. The Fund paid or accrued $15,908,878 and $5,754,317 for Class B and Class C shares, respectively, to or payable to EVD for the year ended December 31, 2004, representing 0.75% of the average daily net assets for Class B and Class C shares. At December 31, 2004, the amount of Uncovered Distribution Charges EVD calculated under the Plan were approximately $52,994,000 and $85,744,000 for Class B and Class C shares, respectively.

The Plans authorize the Fund to make payments of service fees to EVD, investment dealers and other persons in amounts not exceeding 0.25% of the Fund's average daily net assets attributable to Class A, Class B, and Class C shares for any fiscal year. Service fee payments will be made for personal services and/or the maintenance of shareholder accounts. Service fees are separate and distinct from the sales commissions and distribution fees payable by the Fund to EVD and, as such, are not subject to automatic discontinuance when there are no outstanding Uncovered Distribution Charges of EVD. Service fees paid or accrued for the year ended December 31, 2004 amounted to $2,466,290, $5,302,959, and $1,918,106 for Class A, Class B, and Class C shares, respectively.

Pursuant to a servicing agreement, the Fund makes service fee payments in the amount of 0.20% of the Fund's average daily net assets attributable to Class S shares to EVD, one half of which is paid to a subagent. The Fund paid or accrued service fees to or payable to EVD for the year ended December 31, 2004 in the amount of $67,945.

### 6 Contingent Deferred Sales Charge

A contingent deferred sales charge (CDSC) is generally imposed on any redemption of Class B shares made within six years of purchase and on any redemption of Class C shares made within one year of purchase. Generally, the CDSC is based upon the lower of the net asset value at date of redemption or date of purchase. No charge is levied on shares acquired by reinvestment of dividends or capital gains distributions. Class A shares may be subject to a 1% CDSC if redeemed within one year of purchase (depending