UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE YAMEEN,<br><br>   Plaintiff,<br><br>VS.<br><br>EATON VANCE DISTRIBUTORS, INC., *et al.*,<br><br>   Defendant, and<br><br>EATON VANCE TAX-MANAGED GROWTH FUND 1.1,<br><br>   Nominal Defendant. | Civil Action No. 03-12437-DPW |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby enters her appearance on behalf of the Plaintiff in the above-captioned action pursuant to Local Rule 83.5.2(a).

              Respectfully submitted,

              **/s/Michelle Blauner**
              Michelle Blauner BBO #549049
              Shapiro Haber & Urmy LLP
              53 State Street
              Boston, MA 02109
              Telephone:  (617) 439-3939
              Facsimile:  (617) 439-0134
              e-Mail:  mblauner@shulaw.com