UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELLE YAMEEN,

    Plaintiff,

v.

EATON VANCE DISTRIBUTORS, INC., *et al.*,

    Defendants, and

EATON VANCE TAX-MANAGED
GROWTH FUND 1.1.,

    Nominal Defendant.

Civil Action No. 03-12437-DPW

## NOTICE OF APPEARANCE

Please enter the appearance of Eileen E. Pott on behalf of Eaton Vance Distributors, Inc., et al. ("Distributors") in the above-captioned action. Counsel for Distributors identified below request receipt of notice of court filings in this matter by the Case Management/Electronic Filing System.

Respectfully submitted,

/s/ Eileen E. Pott
Wm. Shaw McDermott (BBO #330860)
Gregory R. Youman (BBO #648721)
Eileen E. Pott (BBO #662350)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109-1808
(617) 261-3100

BOS-896767 v1 0302234-0231

- 2 -

                                                                Jeffrey B. Maletta, Esq.
Nicholas G. Terris, Esq.
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036
(202) 778-9000

*Attorneys for Defendant*
*Eaton Vance Distributors, Inc.*

Date: September 14, 2005