```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
MICHELLE YAMEEN, derivatively  )
on behalf of the Eaton Vance   )
Tax-Managed Growth Fund 1.1,   )
                               )
      Plaintiff,               )
                               )      CIVIL ACTION NO.
      v.                       )      03-12437-DPW
                               )
EATON VANCE DISTRIBUTORS, INC.,)
JAMES B. HAWKES, SAMUEL L.     )
HAYES, NORTON H. REAMER,       )
LYNN A. STOUT, WILLIAM H. PARK,)
RONALD A. PERALMAN, JESSICA M. )
BIBLIOWICZ, JACK L. TREYNOR,   )
and DONALD R. DWIGHT,          )
                               )
      Defendants, and          )
                               )
EATON VANCE TAX-MANAGED GROWTH )
FUND 1.1,                      )
                               )
      Nominal Defendant.       )
```

## ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order entered October 14, 2005, granting the Defendants' Motions to Dismiss, for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                              BY THE COURT,

                              /s/ Michelle Rynne
                              Deputy Clerk

DATED: October 14, 2005